AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMGEN INC. <br><br> *Defendant(s)* | Civil Action No. 22 cv 00697-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AMGEN INC.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David E. Wilks, Esquire
Scott B. Czerwonka, Esquire
Wilks Law, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

/s/ John A. Cerino

Date:  05/27/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22 cv 00697-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

| Case:<br>1:99-mc-09999-UNA | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>7160716 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>REGENERON PHARMACEUTICALS, INC. | | Defendant / Respondent:<br>AMGEN INC. | |
| Received by:<br>DLS Discovery | | For:<br>Wilks Law | |
| To be served upon:<br>AMGEN INC., c/o Corporation Service Company | | | |

I, Tim Rhoads, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Litigation Management Representative, 251 Little Falls Dr, Wilmington, DE 19808
**Manner of Service:** Registered Agent, May 27, 2022, 2:45 pm EDT
**Documents:** Summons and Complaint, Civil Cover Sheet

**Additional Comments:**
1) Successful Attempt: May 27, 2022, 2:45 pm EDT at 251 Little Falls Dr, Wilmington, DE 19808 received by Litigation Management Representative.

_____   May 31, 2022
Tim Rhoads                  Date

DLS Discovery
824 N. Market Street Suite 108
Wilmington, DE 19801
302-981-5146

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
May 31, 2022
Date                        Commission Expires

JEFFREY A. LOW
MY COMMISSION EXPIRES
JULY 30, 2025
NOTARY PUBLIC
STATE OF DELAWARE