IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.<br><br>Defendant. | C.A. No.:  22-cv-00697-RGA-JLH<br><br><br><br>JURY TRIAL DEMANDED |

**[PROPOSED] STIPULATED SCHEDULING ORDER REGARDING
RESPONSE TO COMPLAINT AND RELATED EVENTS**

WHEREAS, Plaintiff Regeneron Pharmaceuticals, Inc. filed its Complaint in this matter on May 27, 2022 (D.I. 1);

WHEREAS, service of process was effected on Defendant Amgen Inc. on May 27, 2022 (D.I. 4);

WHEREAS, Plaintiff and Defendant have discussed and agreed to an extension of time for Defendant to answer, move or otherwise respond to the Complaint as well as other related matters;

IT IS HEREBY STIPULATED, by and among the parties, subject to the Court's approval:

1. Defendant shall answer, move or otherwise respond to the Complaint on or before August 1, 2022.

2. Should Defendant's response to the Complaint be in the form of a motion, Plaintiff shall file its Opposition to the motion on or before September 15, 2022 and Defendant shall file its Reply Brief on or before October 7, 2022.

3. Should Defendant's response to the Complaint be in the form of a motion, the

parties shall file, on or before August 15, 2022, a joint letter advising the Court whether it would be appropriate to enter a scheduling order at this time or whether there is good cause not to do so.

Dated: June 13, 2022

| | |
|---|---|
| ___/s/ David E. Wilks_____<br>David E. Wilks (DE Bar No. 2793)<br>WILKS LAW, LLC<br>4250 Lancaster Pike Suite 200<br>Wilmington, DE 19805<br>Telephone: (302) 225-0850<br><br>Eric S. Hochstadt<br>Elizabeth Stotland Weiswasser<br>John Z. Ren<br>Robert Niles-Weed<br>Anthony S. Duh<br>Gabrielle K. Kanter<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br><br>Michael R. Moiseyev<br>Priyata Y. Patel<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000<br><br>*Attorneys for Plaintiff*<br>*Regeneron Pharmaceuticals, Inc.* | ___/s/ Melanie K. Sharp_____<br>Melanie K. Sharp (DE Bar No. 2501)<br>YOUNG CONAWAY STARGATT<br>   & TAYLOR, LLP<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6681<br><br>*Attorneys for Defendant*<br>*Amgen Inc.* |

**SO ORDERED** this _____ day of _____, 2022.

_____
United States Magistrate Judge
Jennifer L. Hall

2