IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) ) | |
| Plaintiff, | ) ) | C. A. No.: 22-00697-RGA-JLH |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| AMGEN INC., | ) ) ) | |
| Defendant. | ) | |

## **DEFENDANT AMGEN INC.'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

Defendant Amgen Inc. ("Amgen"), by and through the undersigned attorneys, moves to dismiss Plaintiff Regeneron Pharmaceuticals, Inc.'s Complaint (D.I. 1) for failure to state a claim upon which relief could be granted under Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in the Opening Brief of Defendant Amgen Inc. in Support of its Motion to Dismiss filed contemporaneously herewith. A form of Order is attached.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

GIBSON, DUNN & CRUTCHER LLP
Eric J. Stock
Ben A. Sherwood
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Stephen Weissman
Richard G. Parker
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated: August 1, 2022        *Attorneys for Amgen Inc.*