

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

November 7, 2022

**BY E-FILE AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

      Re:   *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*
             C.A. No.:  22-00697-RGA-JLH

Dear Judge Hall:

      I write on behalf of my client, Amgen Inc. ("Amgen") to advise the Court of a procedural development relevant to the above-captioned case and, in particular, to Amgen's pending Motion to Stay (D.I. 27).

      On November 4, 2022, the Supreme Court of the United States granted Amgen's petition for certiorari in the underlying patent case between Amgen and Regeneron involving the same medicines as the above-captioned antitrust action. *Amgen Inc. v. Sanofi*, 987 F.3d 1080 (Fed. Cir. 2021), *cert. granted in part*, 2022 WL 16703751 (U.S. Nov. 4, 2022) (No. 21-757). The significance to Amgen's pending Motion to Stay (D.I. 27) of the Supreme Court's grant of certiorari is addressed in the parties' briefing on the motion, which has been completed. (D.I. 28 (Opening Brief in Support of Defendant Amgen Inc.'s Motion to Stay); D.I. 36 (Plaintiff Regeneron Pharmaceuticals, Inc.'s Memorandum of Law in Opposition to Defendant Amgen Inc.'s Motion to Stay); and D.I. 41 (Reply Brief of Defendant Amgen Inc. in Support of its Motion to Stay).)  For that reason, and in the hope of avoiding burdening the Court with a letter-writing campaign, I do not attempt to summarize that which is briefed.

      Both Amgen's pending Motion to Stay (D.I. 27) and Amgen's Motion to Dismiss (D.I. 17) are scheduled for oral argument on January 6, 2023 at 10:00 a.m.

      We stand ready, of course, to provide whatever additional information, if any, the Court would find helpful.

**Young Conaway Stargatt & Taylor, LLP**
The Honorable Jennifer L. Hall
November 7, 2022
Page 2

                                            Respectfully,

                                            */s/ Melanie K. Sharp*

                                            Melanie K. Sharp (No. 2501)

MKS:mg

cc:     All Counsel of Record (by e-mail)

29866889.1