IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amgen Inc., <br><br> Defendant. | C. A. No.: Case No.: 1:22-cv-00697-RGA-JLH |

## NOTICE OF WITHDRAWL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Gabrielle Kanter of Weil, Gotshal & Manges LLP hereby withdraws her appearance as counsel of record on behalf of plaintiff, Regeneron Pharmaceuticals, Inc. ("Plaintiff") in the above-captioned matter.

Plaintiff will continue to be represented by David E. Wilks and Scott B. Czerwonka of Wilks Law, LLC and counsel of record of Weil, Gotshal & Manges LLP in this matter.

Dated: November 22, 2022

WILKS LAW LLC

*/s/ David E. Wilks*
David E. Wilks (DE Bar No. 2793)
Scott B. Czerwonka (DE Bar No. 4844)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Fax: (302) 225-0851
Email: dwilks@wilks.law

WEIL, GOTSHAL & MANGES LLP
Elizabeth Stotland Weiswasser (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
John Z. Ren (admitted *pro hac vice*)
Robert Niles-Weed (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

WEIL, GOTSHAL & MANGES LLP
Michael R. Moiseyev (admitted *pro hac vice*)
Priyata Y. Patel (admitted *pro hac vice*)
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940

*Attorneys for Plaintiff*
*Regeneron Pharmaceuticals, Inc.*