

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

December 7, 2022

**BY E-FILE AND HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

Re:   *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*
C.A. No.:  22-00697-RGA-JLH

Dear Judge Hall:

I write on behalf of Amgen Inc. to address an imprecise statement in the November 29, 2022 letter to the Court from Regeneron Pharmaceuticals, Inc. (D.I. 47).  In its letter, Regeneron notes that the Supreme Court granted review of the second question presented in Amgen's petition for certiorari in the related patent case, and not the first question.  Regeneron states that the first question "was the only Question addressed" in Amgen's Reply brief in support of its Motion to Stay.  *Id.*

Amgen's arguments for a stay—in both its Opening and Reply briefs—concern its petition asking the Supreme Court to reverse the Federal Circuit's rejection of its infringement case against Regeneron.  Amgen's arguments are not dependent on the basis the Supreme Court might invoke for doing so.  *See, e.g.*, (D.I. 28 at 9–10) (arguing that "a judgment for Amgen in the Patent Litigation would preclude Regeneron from pleading or proving its claimed antitrust injury in this action").  While Regeneron is correct that Amgen's Reply brief quoted the first question raised in Amgen's petition for certiorari, Amgen's arguments in support of a stay are not limited to that question, contrary to Regeneron's representation.

Amgen's pending Motion to Stay (D.I. 27), as well as its pending Motion to Dismiss (D.I. 17), are scheduled for oral argument (now in person) on January 6, 2023 at 10:00 a.m. (D.I. 38, 44).

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:mg
cc:   All Counsel of Record (by e-mail)
29939476.1

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600    F   302.571.1253    YoungConaway.com