IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) ) | |
| Plaintiff, | ) ) | C. A. No.:  22-00697-RGA-JLH |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| AMGEN INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of (1) Defendant Amgen Inc.'s First Set of Interrogatories to Plaintiff Regeneron Pharmaceuticals, Inc.; (2) Defendant Amgen Inc.'s First Set of Requests for the Production of Documents from Plaintiff Regeneron Pharmaceuticals, Inc.; and (3) this Notice were caused to be served on March 10, 2023 upon the following in the manner indicated:

**BY E-MAIL:**
David E. Wilks
Scott B. Czerwonka
Wilks Law LLC
4250 Lancaster Pike Suite 200
Wilmington, DE  19805
dwilks@wilks.law
sczerwonka@wilks.law

**BY E-MAIL:**

| | |
|---|---|
| Elizabeth Stotland Weiswasser | Michael R. Moiseyev |
| Eric S. Hochstadt | Priyata Y. Patel |
| Robert Niles-Weed | Weil, Gotshal & Manges LLP |
| Jonathan D. Polkes | 2001 M. Street , NW |
| Jessica L. Falk | Washington, DC  20036 |
| Adam B. Banks | (202) 682-7000 |
| Weil, Gotshal & Manges LLP | michael.moiseyev@weil.com |
| 767 Fifth Avenue | priyata.patel@weil.com |
| New York, NY  10153-0119 | |
| elizabeth.weiswasser@weil.com | |
| eric.hochstadt@weil.com | |
| robert.niles-weed@weil.com | |
| jonathan.polkes@weil.com | |
| jessica.falk@weil.com | |
| adam.banks@weil.com | |

| | |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Taylor E. Hallowell* |
| | _____ |
| | Melanie K. Sharp (No. 2501) |
| | James L. Higgins (No. 5021) |
| GIBSON, DUNN & CRUTCHER LLP | Taylor E. Hallowell (No. 6815) |
| Eric J. Stock | 1000 North King Street |
| Ben A. Sherwood | Wilmington, DE  19801 |
| 200 Park Avenue | (302) 571-6600 |
| New York, NY  10166-0193 | msharp@ycst.com |
| (212) 351-4000 | jhiggins@ycst.com |
| | thallowell@ycst.com |
| Stephen Weissman | |
| Richard G. Parker | |
| 1050 Connecticut Avenue, N.W. | *Attorneys for Amgen Inc.* |
| Washington, DC  20036-5306 | |
| (202) 955-8500 | |

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated: March 10, 2023

30185109.1

2