IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 22-00697-RGA-JLH |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Richard G. Parker of Gibson, Dunn & Crutcher LLP hereby withdraws his appearance as counsel of record on behalf of Defendant Amgen Inc. ("Amgen") in the above-captioned matter. Amgen will continue to be represented by Young Conaway Stargatt & Taylor, LLP and Gibson, Dunn & Crutcher LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Taylor E. Hallowell*
_____

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

*Attorneys for Amgen Inc.*

GIBSON, DUNN & CRUTCHER LLP
Eric J. Stock
Ben A. Sherwood
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Stephen Weissman
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
(214) 698-3100

Dated: April 14, 2023