# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., a New York corporation<br><br>    Plaintiff,<br><br>    v.<br><br>AMGEN INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No.: Case #1:22-cv-00697-RGA-JLH<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION TO BE BOUND BY PROTECTIVE ORDER**

I _____, declare under penalty of perjury that:

a) My present employer is

and the address of my present employer is

_____

_____

b) My present occupation or job description is

c) I have received and carefully read the Protective Order in this Litigation, meaning the action captioned *Regeneron Pharmaceuticals, Inc., v. Amgen Inc.*, No. 22 civ. 00697 (RGA)(JLH) including any appeals therefrom, dated \_\_\_\_, and understand its provisions. Specifically, I understand that I am obligated, under order of the Court, to hold in confidence and not to disclose the contents of anything marked

1

"ATTORNEYS' EYES ONLY" or "OUTSIDE COUNSEL ONLY" except as permitted by Paragraph 26 of the Protective Order. I further understand that I am not to disclose to anyone other than those persons identified in Paragraph 33 of the Protective Order any words, substances, summaries, abstracts, or indices of any ATTORNEYS' EYES ONLY Discovery Material disclosed to me. Additionally, I understand that I am not to disclose to anyone other than those persons identified in Paragraphs 33(a), and (c)-(h) of the Protective Order any words, substances, summaries, abstracts, or indices of any OUTSIDE COUNSEL ONLY Discovery Material disclosed to me. I will use Discovery Material, including ATTORNEYS' EYES ONLY and OUTSIDE COUNSEL ONLY Discovery Material, or information derived therefrom, solely for purposes relating to the above-captioned Litigation. I will never use ATTORNEYS' EYES ONLY or OUTSIDE COUNSEL ONLY Discovery Material, or any information obtained from such materials to directly or indirectly compete with the Producing Party, nor will I permit others to do so. In addition to the foregoing, I understand that I must abide by all of the provisions of the Protective Order.

        d)      At the Termination of this Litigation or any time requested by Outside or Inside Counsel for the Party by whom I am engaged, I will return or destroy all documents and other materials, including notes, computer data, summaries, abstracts, or any other materials containing or reflecting ATTORNEYS' EYES ONLY and OUTSIDE COUNSEL ONLY Discovery Material which have come into my possession, and will return or destroy all documents or things I have prepared relating to or reflecting such information.

        e)      I understand that if I violate the provisions of the Protective Order,

I will be in violation of a Court Order and subject to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages by the Producing Party. I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this Litigation.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

_____  _____
Date                                                                     Signature