# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., a New York corporation<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>AMGEN INC., a Delaware corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No.: Case #1:22-cv-00697-RGA-JLH<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION TO BE BOUND BY PROTECTIVE ORDER**

I _____, declare under penalty of perjury that:

a)　　My present employer is _____ and the address of my present employer is _____

b)　　My present job title is _____

c)　　I have received and carefully read the Protective Order in this Litigation dated _____, and understand its provisions. I agree

　　(i)　　to be bound by the terms of the Protective Order;

　　(ii)　　to use ATTORNEYS' EYES ONLY Discovery Material solely for the purposes delineated within the Protective Order;

21

    (iii)  to not disclose any ATTORNEYS' EYES ONLY Discovery Material to any person, firm, corporation or other entity not qualified to have access to such information pursuant to the terms of the Protective Order; and that

    (iv)  I meet the requirements for Designated Inside Counsel as set-forth in Paragraph 33(b) of the Protective Order

    d)  I will return or destroy all ATTORNEYS' EYES ONLY Discovery Material at the relevant time in accordance with Paragraph 43 of the Protective Order.

    e)  I hereby submit to the jurisdiction of the United States District Court of Delaware for the purpose of enforcement of the Protective Order. I understand that if l violate the provisions of the Protective Order, I will be in violation of a Court Order and subject to sanctions or other remedies that may be imposed by the Court and may be liable in a civil action by one or more of the parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                      Respectfully submitted,

_____  _____
Date                    Signature