

**DAVID E. WILKS**
Direct Phone: 302.225.0858
Email: dwilks@wilks.law

May 19, 2023

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court of District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 3124
Wilmington, DE 19801-3555

      Re:    *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,
             C.A. No. 22-cv-00697-RGA-JLH

Dear Judge Hall:

      This office represents Regeneron Pharmaceuticals, Inc. ("Regeneron") in this matter. Your Honor will recall that the Court denied Defendant Amgen Inc.'s ("Amgen") Motion to Stay (D.I. 27) "without prejudice to renew after the Supreme Court issues its ruling," in *Amgen Inc. v. Sanofi*, No. 21-757, and directed the parties to update the Court after that ruling issued. (D.I. 49 at 18-19). We respectfully submit this letter pursuant to that order.

      Yesterday, the Supreme Court unanimously affirmed the Federal Circuit's judgment that Amgen's patents are invalid, thereby finally and definitively resolving the parties' patent litigation in Regeneron's favor. Amgen's counsel has acknowledged that there remains, therefore, no basis for Your Honor to consider a renewed stay request. *See* Jan. 6, 2023 Hr'g Tr. at 7:5-8. ("If the Supreme Court were to affirm the Federal Circuit decision, which, of course, we don't believe that it will do so, but if it did, then that patent case would … go to final judge[ment] … and that would be that.").

      We are available at the Court's convenience to answer any questions Your Honor may have.

                          Respectfully submitted,

                          /s/ *David E. Wilks*

                          David E. Wilks
                          (Bar No. 2793)

cc:    Counsel of Record (via CM/ECF)