# APPENDIX A

# Regeneron's Proposed List of Amgen Custodians

| # | Title | Individual | Time in Role | Relevance |
|---|---|---|---|---|
| 1 | SVP, US General Medicine Business / US Business Operations | Corinne Le Goff | 2019 - Jan. 2021 | Setting and/or approving Amgen's business and pricing strategy of the General Medicine/Specialty portfolio including nephrology and cardiovascular. |
| | | Ian Thompson | Jan. 2021 - Present | |
| 2 | VP, Market Access, Contracting & Trade | *Tom Moore*[1,2] | Mid/Late 2020 - Present | Amgen's business strategy and contracting practices with Third-Party Payors and PBMs for Enbrel®, Otezla®, and Repatha®. |
| 3 | VP, US Value and Access | *Kave Niksefat*[1,2] | 2019 - 2020 | Same |
| | | *Jennifer Norton*[1,2] | 2021 - Mar. 2023 | |
| 4 | VP, Value, Access / Pricing | *Tom Moore*[1,2] | Jan. 2020 - Mid/Late 2020 | Same |
| | | *Jennifer Norton*[1,2] | 2020 - 2021 | |
| | | David Zimmer[2] | Mar. 2021 - Present | |
| 5 | VP and General Manager, Bone Health & Cardiology Business Unit USA / Cardiovascular & Nephrology | Roland Wandeler | 2019 - May 2020 | Amgen's business strategy with respect to Repatha®; Amgen's contracting practices with respect to Repatha®; business conditions and the competitive landscape with respect to Repatha®. |
| | | Christine Fox | 2021 | |
| | | Jasper van Grunsen[2] | 2022 - Present | |
| 6 | VP and General Manager, Inflammation and Nephrology Business Unit / US Inflammation Business | Helen Jordan | 2019 - 2020 | Amgen's business strategy, contracting practices, and competitive landscape with respect to Enbrel® and Otezla®. |
| | | *Kave Niksefat*[1,2] | 2021 - 2023 | |
| 7 | National Account Director / Executive Director and General Manager, US Market Access | Adam Grennan | 2019 - Present | Amgen's business strategy and contracting practices and interactions with Third-Party Payors and PBMs (UnitedHealthcare, Optum) with respect to Enbrel®, Otezla®, and Repatha®. |
| | | Billy West | 2019 - Present | Same for Third-Party Payors and PBMs, Express Scripts, Ascent, Cigna, Prime, and Anthem. |
| | | Stephanie Miller | 2020 - Present | Same for Third-Party Payors and PBMs, strategic accounts (e.g., Kaiser, Humana), and CVS starting Jan. 2023. |
| | | Anita Alamshaw | 2019 - Jan. 2023 | Same for Third-Party Payors and PBMs, CVS. |
| | | Nada Obeid-Asad | 2019 - Present | Same for Third-Party Payors and PBMs, Regional Accounts. |
| 8 | Executive Director, US Value & Access | Andy Chiu | 2019 - Apr. 2022 | Amgen's business and pricing strategy and contracting practices with Third-Party Payors and PBMs for Enbrel®, Otezla®, and Repatha®. |

---

[1] Custodian has held multiple relevant roles throughout the duration of the relevant time period.

[2] Included in Amgen's Initial Disclosures.

Highlighting in yellow indicates that the custodian was offered in Amgen's original proposal of four custodians.

Highlighting in pink indicates the two additional custodians offered by Amgen in its conditional compromise proposal that it subsequently revoked.