# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amgen Inc., <br><br> Defendant. | C.A. No.: 22-cv-00697-RGA-JLH |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of (1) *Plaintiff's Third Set of Requests for Production of Documents to Defendant Amgen (Nos. 12-17)*; (2) *Plaintiff's Third Set of Interrogatories to Defendant Amgen No. 9* were served on July 5, 2023 upon the following counsel of record in the manner indicated below:

**BY ELECTRONIC MAIL**
Young Conway Stragatt & Taylor, LLP
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

**BY ELECTRONIC MAIL**
Gibson, Dunn & Crutcher LLP
Eric J. Stock
Ben A. Sherwood
New York, NY 10166-0193
Tel: (212) 351-4000
EStock@gibsondunn.com
BSherwood@gibsondunn.com

Stephen Weissman
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel: (202) 955-8500
SWeissman@gibsondunn.com

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: (214) 698-3100
AJohnson@gibsondunn.com

| | |
|---|---|
| Dated: July 5, 2023 | **WILKS LAW LLC** |

*/s/ David E. Wilks*
David E. Wilks (DE Bar No. 2793)
Scott B. Czerwonka (DE Bar No. 4844)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Fax: (302) 225-0851

Elizabeth Stotland Weiswasser (admitted *pro hac vice)*
Jonathan D. Polkes (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
Adam B. Banks (admitted *pro hac vice*)
Jessica L. Falk (admitted *pro hac vice*)
Robert Niles-Weed (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

Michael R. Moiseyev (admitted *pro hac vice*)
Priyata Y. Patel (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940

*Counsel for Regeneron Pharmaceuticals, Inc.*