IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.<br><br>Defendant. | C.A. No.: 22-cv-00697-RGA-JLH<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING AMENDED COMPLAINT**

WHEREAS, Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") seeks to amend its Complaint and has provided Amgen Inc. ("Amgen") with a copy of the proposed Amended Complaint;

WHEREAS, Regeneron's position is that its Amended Complaint adds detail in support of its core allegations of anti-competitive behavior by Amgen and brings current the allegations of anti-competitive harm to Regeneron and to competition detailed in Regeneron's Complaint filed on May 27, 2022, including through references to certain Amgen internal documents and communications with third-party payors uncovered in discovery;

WHEREAS, Amgen's position is that it has reviewed the Amended Complaint and, while it is concerned about the manner in which Plaintiff has extensively used confidential Amgen documents in such pleading, and reserves all rights, motions and defenses in response thereto, including all of those under Rule 12, in order to avoid burdening the Court, it has determined not to oppose the filing of the Amended Complaint, subject to the above rights;

IT IS HEREBY STIPULATED, by and among the parties hereto, through their undersigned counsel, subject to the Court's approval, that:

1. Pursuant to FRCP 15(a) and Paragraph 10 of the Scheduling Order (D.I. 67), Regeneron may file its Amended Complaint (and exhibits) under seal, subject to LR 5.1.3, on August 22, 2023 in the form attached hereto as Exhibit A. The exhibits cited in the Amended Complaint are attached hereto as Exhibit B, and a redline reflecting changes from Regeneron's original complaint is attached hereto as Exhibit C; and

2. Amgen shall answer, move or otherwise plead in response to the Amended Complaint on or before September 20, 2023.

Dated: August 22, 2023

| | |
|---|---|
| /s/ David E. Wilks | /s/ Melanie K. Sharp |
| David E. Wilks (Bar No. 2793) | Melanie K. Sharp (Bar No. 2501) |
| WILKS LAW, LLC | YOUNG CONAWAY STARGATT |
| 4250 Lancaster Pike Suite 200 | & TAYLOR, LLP |
| Wilmington, DE 19805 | 1000 North King Street |
| Telephone: (302) 225-0850 | Wilmington, DE 19801 |
| | Telephone: (302) 571-6681 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Amgen Inc.* |
| *Regeneron Pharmaceuticals, Inc.* | |

SO ORDERED this _____ day of August, 2023.

_____
United States District Judge