

**WILMINGTON**
RODNEY SQUARE

**Melanie K. Sharp**
P 302.571.6681
F 302.576.3333
msharp@ycst.com

August 30, 2023

**BY E-FILE**
The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street
Wilmington, DE  19801

> Re: *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*
> C.A. No.:  22-00697-RGA-JLH

Dear Judge Hall:

      We are troubled by Plaintiff Regeneron Pharmaceuticals' letter filed yesterday casting aspersions on Amgen's good faith redactions to Regeneron's Amended Complaint.  Regeneron published its letter on the Court's docket without any advance notice to Amgen, let alone any request or effort to meet and confer with Amgen regarding the issues raised therein.  The letter prematurely indicates an intent to dispute Amgen's redactions when Amgen of course would have been available to address any questions about the redactions and to follow the customary practice of a stipulated proposed order for a brief extension of time to permit a meet and confer.  Regeneron's publication of its letter on the docket—and failure to meet and confer with Amgen before doing so—heightens our concern that the very purpose of the Amended Complaint and its extensive citation to confidential discovery material is not to litigate this case on the merits but rather to seek to publicize Amgen's discovery materials.

      Amgen remains willing to promptly meet and confer with Regeneron over any concerns Regeneron has.  So that the parties can do so meaningfully, Amgen respectfully requests a limited period of time, through September 7, for the meet and confer process in light of the August 31, 2023 deadline for Amgen's request for leave to file summary judgment and the upcoming holiday weekend.  Amgen further requests—again—that Regeneron's counsel comply with its obligations to meet and confer before unilaterally and prematurely contacting chambers.  In the meantime, Amgen will not here seek to respond to Regeneron's premature comments, other than to dispute Regeneron's characterizations and point to the sealed version of the brief cited by Regeneron which addresses the role of Otezla® in the ESI contract.  *See* D.I. 25 and 18 at n.5.

Respectfully,

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)

MKS:mg

cc:    All Counsel of Record (via CM/ECF and e-mail)
        Clerk of the Court (via CM/ECF)

30706843.1