# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amgen Inc., <br><br> Defendant. | C.A. No.: 22-cv-00697-RGA-JLH |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Regeneron Pharmaceuticals, Inc. respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- Non-Parties Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC's refusal to produce narrowly tailored custodial productions for four custodians over an eleven month period in response to Regeneron's subpoenas to each of the same. D.I. 61.[1]

Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC have consented to jurisdiction in this District to resolve this dispute. *See* Exhibit B (email from K. Seelbach dated August 1, 2023: "After considering it and reviewing the discovery dispute procedure in the underlying case, we will consent, on a limited basis, to having our discrete dispute related to custodial email searches heard in the District of Delaware.").[2]

The following attorneys participated in verbal meet-and-confers by telephone on the

---

[1] Regeneron's subpoenas to Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC are appended hereto as Exhibit A.

[2] A true and correct copy of Mr. Seelbach's email to Regeneron's counsel is appended here to as Exhibit B.

following dates:[3] April 19, 2023; May 19, 2023; May 26, 2023; June 5, 2023; June 21, 2023; July 11, 2023; July 13, 2023; and August 28, 2023.

Eric S. Hochstadt (admitted *pro hac vice*)
Jessica L. Falk (admitted *pro hac vice*)
Rachel Williams (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

*Lead Counsel for Regeneron Pharmaceuticals, Inc.*

Kyle Seelbach
Bola Adeniran
Husch Blackwell LLP
8001 Forsyth Bvd, Ste 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Fax: (314) 480-1505

*Lead Counsel for Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC*

Delaware Counsel:

Scott B. Czerwonka (DE Bar No. 4844)
Wilks Law LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Fax: (302) 225-0851

*Delaware Counsel for Regeneron Pharmaceuticals, Inc.*

Alan Silverstein
Connolly Gallagher, LLP
1201 North Market St, 20th Floor
Wilmington, DE 19801

---

[3] Delaware counsel participated in the August 28 conference between the parties after Counsel for Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC consented to jurisdiction in this District.

Telephone: (302) 757-7300
Fax: (302) 757-7299

*Delaware Counsel for Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC*

The parties to this dispute are available for a teleconference on the following dates: September 8, 2023; September 11, 2023; and September 13, 2023. Defendant Amgen Inc. has thus far confirmed its availability for September 11, 2023 and September 13, 2023.

Dated: August 30, 2023

                                          Wilks Law LLC

                                          /s/     *David E. Wilks*
                                          David E. Wilks (DE Bar No. 2793)
                                          Scott B. Czerwonka (DE Bar No. 4844)
                                          4250 Lancaster Pike Suite 200
                                          Wilmington, DE 19805
                                          Telephone: (302) 225-0850
                                          Fax: (302) 225-0851

Elizabeth Stotland Weiswasser (*pro hac vice)*
Jonathan D. Polkes (*pro hac vice*)
Eric S. Hochstadt (*pro hac vice*)
Adam B. Banks (*pro hac vice*)
Jessica L. Falk (*pro hac vice*)
Robert Niles-Weed (*pro hac vice*)
Rachel Williams (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Fax: (212) 310-8007

Michael R. Moiseyev (*pro hac vice*)
Priyata Y. Patel (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000
Fax: (202) 857-0940

*Counsel for Regeneron Pharmaceuticals, Inc.*