**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Amgen Inc.,<br><br>Defendant. | C.A. No.: 22-cv-00697-RGA-JLH |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered all papers filed in support of and opposed to the discovery briefing filed by Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron's") and Non-Parties Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation and Ascent Health Services LLC's (collectively, "ESI"), and having heard argument at the forthcoming discovery conference, it is now:

ORDERED that within five (5) days of this order, ESI shall produce:

1. Responsive, non-privileged documents from the custodial files of ESI's current and former employees Amy Bricker, Ed Admacik, Michael Rothrock and Jason Dohm that hit on Regeneron's proposed search terms included in Exhibit D to Regeneron's Letter Motion dated August 30, 2023 from February 1, 2020 – December 31, 2020.

Entered this _________ day of _________________, 2023.

_______________________
*United States District Judge*