IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 22-00697-RGA-JLH |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AMGEN INC.'S MOTION FOR LEAVE TO FILE MOTION
FOR SUMMARY JUDGMENT AND TO STAY DISCOVERY**

Pursuant to Paragraph 11(a) of the Scheduling Order (D.I.67), Defendant Amgen Inc. ("Amgen") hereby moves for leave to file a motion for summary judgment arising out of the discovery sought in Paragraphs 9(b) and 9(c) of the Scheduling Order (D.I. 67). Amgen also moves to stay further discovery pending this motion, and, if an early summary judgment motion is permitted, while the Court considers that motion. The grounds for this motion are fully set forth in Amgen's letter filed concurrently herewith.

NOW THEREFORE, Amgen respectfully requests that the Court grant this motion and enter the attached proposed order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

GIBSON, DUNN & CRUTCHER LLP
Eric J. Stock
Ben A. Sherwood
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Stephen Weissman
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated: August 31, 2023         *Attorneys for Amgen Inc.*

30704992.1