IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

REGENERON PHARMACEUTICALS, INC.    )
    )
        Plaintiff,    )    C. A. No.:  22-00697-RGA-JLH
    )
        v.    )    **JURY TRIAL DEMANDED**
    )
AMGEN INC.,    )
    )
        Defendant.    )

## **[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, having considered Defendant Amgen Inc.'s ("Amgen") Motion for Leave to File Motion for Early Summary Judgment and to Stay Discovery ("Motion for Leave"), IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1.    Amgen is granted leave to file an early motion for summary judgment limited to the issues described in Amgen's Motion for Leave (the "Motion").

2.    Because of the unique circumstances of this antitrust case, in the event that any of Plaintiff's claims survive after the Motion is decided by the Court, Amgen shall not be precluded from filing and fully briefing a later motion for summary judgment.

3.    Within fourteen days of this Order, Plaintiff and Amgen shall provide the other with discovery from the contractor negotiation custodians who negotiated directly with CVS through July 1, 2023.

4.    All other discovery is hereby stayed pending resolution of Amgen's motions.

5.    On or before October __, 2023, Amgen shall file its Motion, as generally outlined in its Motion for Leave, and Opening Brief in support thereof, not to exceed 20 pages.

6.      On or before October __, 2023, Plaintiff shall file its Opposing Brief, not to exceed 20 pages.

7.      On or before November __, 2023, Amgen shall file its Reply Brief, not to exceed 10 pages.

_____
United States District Judge

30705052.1