## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.<br><br>Defendant. | C.A. No.:  22-cv-00697-RGA-JLH<br><br><br><br>JURY TRIAL DEMANDED |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that (i) the deadline to submit a public redacted version of D.I. 130 shall be extended to and including September 8, 2023, and (ii) the deadline to submit a public redacted version of D.I. 136 shall be extended to and including September 11, 2023.

Dated: September 6, 2023

/s/ David E. Wilks
David E. Wilks (Bar No. 2793)
WILKS LAW, LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850

Attorneys for Plaintiff
Regeneron Pharmaceuticals, Inc.

/s/ Melanie K. Sharp
Melanie K. Sharp (Bar No. 2501)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6681

Attorneys for Defendant Amgen Inc.

SO ORDERED this _____ day of September, 2023.

_____
United States District Judge