IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Amgen Inc. )<br>)<br>Defendant. )<br>) | C.A. No. 1:22-cv-00697-RGA-JLH |

## [PROPOSED] ORDER

WHEREAS, the Court having considered all papers filed in support of and opposed to the discovery briefing filed by Plaintiff Regeneron Pharmaceuticals, Inc. and Non-Parties Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation, and Ascent Health Services LLC, and having heard argument at the discovery conference, it is now:

ORDERED that Express Scripts, Inc., Express Scripts Senior Care Holdings, Inc., Cigna Corporation, and Ascent Health Services LLC's request for attorneys' fees is DENIED.

Entered this _____ day of _____, 2023.

_____
HON. JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE