# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Regeneron Pharmaceuticals, Inc. | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:22-cv-00697-RGA-JLH |
| Amgen Inc. | ) ) ) | |
| Defendant. | ) ) | |

# [PROPOSED] ORDER

WHEREAS, the Court having considered all papers filed in support of and opposed to the discovery briefing filed by Plaintiff Regeneron Pharmaceuticals, Inc. and Defendant Amgen Inc., and having heard argument at the discovery conference, now orders:

Within 10 business days, the parties shall file a revised redacted version of the Amended Complaint and Exhibits (D.I. 125 and D.I. 125-1) in accordance with the Court's ruling on the Motion.

Entered this _____ day of _____, 2023.

_____
HON. JENNIFER L. HALL
UNITED STATES MAGISTRATE JUDGE