IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | C. A. No.:  22-00697-JLH |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT AMGEN INC.'S**
**NOTICE OF SUBPOENA *AD TESTIFICANDUM* TO AMY BRICKER**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure,

Defendant Amgen Inc. will serve a subpoena upon non-party Amy Bricker in the form attached

hereto as Exhibit 1, to appear and testify at a deposition as described in the subpoena.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Federal Rules of Civil

Procedure, the deposition of non-party Amy Bricker will be taken on January 11, 2024,

commencing at 9:00 a.m. Central Standard Time (or at a mutually agreeable date and time) at

Capes Sokol, 8182 Maryland Ave, 15th Floor, St. Louis, MO 63105, before an officer authorized

by law to take depositions. The examination will continue from day to day until completed. The

deposition will be recorded by stenographic means and videotaped.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Taylor E. Hallowell*

Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Taylor E. Hallowell (No. 6815)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
thallowell@ycst.com

GIBSON, DUNN & CRUTCHER LLP
Eric J. Stock
Ben A. Sherwood
Leesa Haspel
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Stephen Weissman
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Ashley E. Johnson
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated: January 8, 2024           *Attorneys for Amgen Inc.*

31140589.1

2