IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>Defendant. | C. A. No.: 22-00697-JLH<br><br>**JURY TRIAL DEMANDED** |

## AMGEN INC.'S MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Amgen Inc. ("Amgen") respectfully moves this Court for summary judgment in its favor and against Regeneron Pharmaceuticals, Inc. ("Regeneron") that:

1. Amgen is entitled to judgment as a matter of law because Regeneron cannot establish that Amgen has engaged in anticompetitive conduct;

2. Amgen is entitled to judgment as a matter of law because Regeneron cannot establish that Amgen's conduct has caused any anticompetitive effects; and

3. In the alternative, Amgen is entitled to partial summary judgment dismissing Regeneron's CVS-related claims because Regeneron cannot establish that it has sustained an antitrust injury—or any injury—caused by Amgen's conduct with respect to CVS.

The grounds for these motions are set forth in the accompanying consolidated brief, Concise Statements of Undisputed Facts, Declaration of Ashley Johnson, associated exhibits, and other related pleadings, filed concurrently with and in support of this motion.

WHEREFORE, Amgen respectfully requests that this Court grant Amgen's motions and enter an order substantially in the form attached hereto, and for such other relief as the Court deems just and proper.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Melanie K. Sharp*
_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Stephanie N. Vangellow (No. 7277)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
svangellow@ycst.com

GIBSON, DUNN & CRUTCHER LLP
Eric J. Stock
Ben A. Sherwood
Leesa Haspel
Kate Swisher
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Stephen Weissman
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
(202) 955-8500

Richard J. Doren
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

Ashley E. Johnson
John Adams
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated:  May 22, 2024            *Attorneys for Amgen Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMGEN INC., ) <br> ) <br> Defendant. ) | C. A. No.: 22-00697-JLH <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

At Wilmington this ____ day of _____, 20___, having considered Amgen Inc.'s ("Amgen's") Motions for Summary Judgment, and all related pleadings and argument, IT IS HEREBY ORDERED that the Motions are GRANTED in favor of Amgen and against Regeneron on all claims as follows:

1. Amgen's Motion No. 1 for summary judgment because Regeneron cannot establish that Amgen has engaged in anticompetitive conduct is **GRANTED**;

2. Amgen's Motion No. 2 for summary judgment because Regeneron cannot establish that Amgen's conduct has caused any anticompetitive effects is **GRANTED**;

3. Amgen's Motion No. 3 for partial summary judgment that dismissing Regeneron's CVS-related claims because Regeneron cannot establish that it has sustained an antitrust injury—or any injury—caused by Amgen's conduct with respect to CVS is **GRANTED**;

SO ORDERED this _____ day of _____, 2024.

                                                               _____
                                                               United States District Judge

31677587.1