**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc.,<br>Plaintiff,<br>v.<br>Amgen Inc.,<br>Defendant. | C. A. No.: 1:22-cv-00697-JLH<br>**JURY TRIAL DEMANDED**<br>**REDACTED PUBLIC VERSION**<br>**FILED: July 30, 2024** |

**DECLARATION OF ERIC S. HOCHSTADT IN SUPPORT OF REGENERON PHARMACEUTICALS, INC.'S OPPOSITION TO AMGEN INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Eric S. Hochstadt, hereby declare as follows:

1. I am a partner at the law firm of Weil, Gotshal & Manges LLP and counsel for Plaintiff Regeneron Pharmaceuticals, Inc. in the above-referenced matter.

2. I submit this Declaration in support of Regeneron Pharmaceuticals, Inc.'s Opposition to Defendant Amgen Inc.'s Motion for Summary Judgment. This Declaration transmits highlighted versions of materials referenced in Regeneron's Opposition. I have personal knowledge of the facts set forth below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Leonard Schleifer taken in the above-captioned matter on February 22, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Richard O'Neal taken in the above-captioned matter on January 18, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the document bearing the Bates numbers REGN0005852 – REGN0005853, dated June 17, 2020.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000378865 – AMG10935-0000378866, dated June 17, 2020.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000378867 – AMG10935-0000378867, dated June 17, 2020.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the document bearing the Bates numbers REGN0000953 – REGN0000956, dated August 21, 2020.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000414549 – AMG10935-0000414551, dated February 24, 2020.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the document bearing the Bates numbers REGN0158570 – REGN0158571, dated June 17, 2020.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the document bearing the Bates number AMG10935-0000548392, dated August 25, 2020.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000382821 – AMG10935-0000382822, dated August 25, 2020.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the document bearing the Bates number UHG000006940, dated May 13, 2020.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the document bearing the Bates number UHG000007883, dated April 23, 2021.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the document bearing the Bates numbers AMG10935_OCO-0000008957 – AMG10935_OCO-0000009050, dated August 24, 2021.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000012174 – AMG10935-0000012175, dated July 2, 2021.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the document bearing the Bates number ZINC0000186, dated July 6, 2021.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the document bearing the Bates number AMG10935-0000139350, dated April 21, 2021.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the document bearing the Bates number AMG10935-0000430000 – AMG10935-0000430006, dated November 19, 2021.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000529060 – AMG10935-0000529061, dated June 16, 2020.

21. Attached hereto as **Exhibit 19** is a true and correct copy of Amgen's Opening Brief in Support of Motion for Permanent Injunction, D.I. 906, *Amgen, Inc. v. Sanofi et al.*, No. 14-cv-01317 (D. Del.), dated March 25, 2019.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Opening Expert Report of Dr. Robert Eckel, dated February 9, 2024.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration of Robert Bradway in Support of Amgen's Motion for Permanent Injunction, D.I. 912, *Amgen, Inc. v. Sanofi et al.*, No. 14-cv-01317 (D. Del.), dated March 25, 2019.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the document bearing the Bates number AMG10935-0000311298, dated August 17, 2019.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the document bearing the Bates number AMG10935-0000544590, dated April 14, 2021.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the Amended Opening Expert Report of Professor Fiona Scott Morton, dated February 16, 2024.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the document bearing the Bates number AMG10935-0000678564, dated June 4, 2018.

28. Attached hereto as **Exhibit 26** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000912428 – AMG10935-0000912440, dated June 21, 2019.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000440691 – AMG10935-0000440693, dated January 10, 2023.

30. Attached hereto as **Exhibit 28** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000309444 – AMG10935-0000309445, dated June 22, 2022.

31. Attached hereto as **Exhibit 29** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000922441 – AMG10935-0000922449, dated March 11, 2022.

32. Attached hereto as **Exhibit 30** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000921667 – AMG10935-0000921668, dated November 20, 2021.

33. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Douglas Jacoby taken in the above-captioned matter on May 17, 2024.

34. Attached hereto as **Exhibit 32** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000919698 – AMG10935-0000919748, dated April 14, 2021.

35. Attached hereto as **Exhibit 33** is a true and correct copy of the document bearing the Bates number AMG10935-0000215204, dated May 12, 2020.

36. Attached hereto as **Exhibit 34** is a true and correct copy of the document bearing the Bates number AMG10935-0000230057, dated September 15, 2020.

37. Attached hereto as **Exhibit 35** is a true and correct copy of the document bearing the Bates number AMG10935-0000016193, dated August 3, 2020.

38. Attached hereto as **Exhibit 36** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000375371 – AMG10935-0000375372, dated May 15, 2020.

39. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the transcript of the deposition of Murdo Gordon taken in the above-captioned matter on January 19, 2024.

40. Attached hereto as **Exhibit 38** is a true and correct copy of the document bearing the Bates number AMG10935-0000009524, dated June 8, 2020.

41. Attached hereto as **Exhibit 39** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000378809 – AMG10935-0000378810, dated June 17, 2020.

42. Attached hereto as **Exhibit 40** is a true and correct copy of the document bearing the Bates number AMG10935-0000731338, dated May 17, 2021.

43. Attached hereto as **Exhibit 41** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00003701, dated June 17, 2020.

44. Attached hereto as **Exhibit 42** is a true and correct copy of the Reply Expert Report of Professor Fiona Scott Morton, dated April 15, 2024.

45. Attached hereto as **Exhibit 44** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000083666 – AMG10935-0000083667, dated June 24, 2020.

46. Attached hereto as **Exhibit 45** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000384443 – AMG10935-0000384445, dated September 15, 2020.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00004536, dated May 18, 2020.

48. Attached hereto as **Exhibit 47** is a true and correct copy of the document bearing the Bates number AMG10935-0000415409, dated June 26, 2020.

49. Attached hereto as **Exhibit 48** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000128836 – AMG10935-0000128837, dated July 1, 2020.

50. Attached hereto as **Exhibit 49** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002718 – Express_Scripts_1330_00002720, dated June 30, 2020.

51. Attached hereto as **Exhibit 50** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00004357 – Express_Scripts_1330_00004358, dated May 4, 2020.

52. Attached hereto as **Exhibit 51** is a true and correct copy of the document bearing the Bates number AMG10935-0000009567, dated May 18, 2020.

53. Attached hereto as **Exhibit 52** is a true and correct copy of the document bearing the Bates numbers REGN0000948 – REGN0000950, dated September 8, 2020.

54. Attached hereto as **Exhibit 53** is a true and correct copy of the document bearing the Bates numbers HUM000273 – HUM000286, effective June 1, 2022.

55. Attached hereto as **Exhibit 54** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000016495 – AMG10935-0000016498, dated May 13, 2020.

56. Attached hereto as **Exhibit 55** is a true and correct copy of excerpts from the transcript of the deposition of Kave Niksefat taken in the above-captioned matter on July 21, 2023.

57. Attached hereto as **Exhibit 56** is a true and correct copy of excerpts from the transcript of the deposition of Alexander Hindman taken in the above-captioned matter on January 8, 2024.

58. Attached hereto as **Exhibit 57** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000392769 – AMG10935-0000392770 dated April 13, 2021.

59. Attached hereto as **Exhibit 58** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000392805 – AMG10935-0000392806, dated April 13, 2021.

60. Attached hereto as **Exhibit 59** is a true and correct copy of the document bearing the Bates numbers UHG000007892 – UHG000007893, dated April 8, 2021.

61. Attached hereto as **Exhibit 60** is a true and correct copy of the document bearing the Bates number REGN0030659, dated April 2, 2021.

62. Attached hereto as **Exhibit 61** is a true and correct copy of the document bearing the Bates number AMG10935-0000028211 – AMG10935-0000028212, dated June 11, 2021.

63. Attached hereto as **Exhibit 62** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000012332 – AMG10935-0000012334, dated June 3, 2021.

64. Attached hereto as **Exhibit 63** is a true and correct copy of the document bearing the Bates numbers UHG000007916 – UHG000007917, dated April 13, 2021.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000137919 – AMG10935-0000137923, dated May 24, 2022.

66. Attached hereto as **Exhibit 65** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000135432 – AMG10935-0000135443, dated April 9, 2021.

67. Attached hereto as **Exhibit 66** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000121596 – AMG10935-0000121599, dated May 5, 2022.

68. Attached hereto as **Exhibit 67** is a true and correct copy of excerpts from the transcript of the deposition of Joseph Anderson taken in the above-captioned matter on March 18, 2024.

69. Attached hereto as **Exhibit 68** is a true and correct copy of excerpts from the transcript of the deposition of Andy Chiu taken in the above-captioned matter on December 19, 2023.

70. Attached hereto as **Exhibit 69** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000525700 – AMG10935-0000525701, dated April 28, 2020.

71. Attached hereto as **Exhibit 70** is a true and correct copy of the document bearing the Bates number REGN0047233, dated December 19, 2022.

72. Attached hereto as **Exhibit 71** is a true and correct copy of excerpts from the transcript of the deposition of Marion McCourt taken in the above-captioned matter on January 30, 2024.

73. Attached hereto as **Exhibit 72** is a true and correct copy of the document bearing the Bates numbers REGN0212888 – REGN0212890, dated December 28, 2022.

74. Attached hereto as **Exhibit 73** is a true and correct copy of the document bearing the Bates number CAREMARK0001421, dated April 4, 2023.

75. Attached hereto as **Exhibit 74** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000687913 – AMG10935-0000687913, dated March 15, 2023.

76. Attached hereto as **Exhibit 75** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000800854 – AMG10935-0000800892, effective July 1, 2023.

77. Attached hereto as **Exhibit 76** is a true and correct copy of the Reply Expert Report of Divya Mathur, Ph.D., dated April 15, 2024.

78. Attached hereto as **Exhibit 77** is a true and correct copy of the document bearing the Bates numbers CAREMARK0001392 – CAREMARK0001394, dated February 14, 2020.

79. Attached hereto as **Exhibit 78** is a true and correct copy of excerpts from the transcript of the deposition of Eric Gaier taken in the above-captioned matter on April 24, 2024

80. Attached hereto as **Exhibit 79** is a true and correct copy of the Rebuttal Expert Report of Eric M. Gaier, Ph.D., dated March 29, 2024.

81. Attached hereto as **Exhibit 80** is a true and correct copy of the document bearing the Bates number REGN0043871, dated January 14, 2021.

82. Attached hereto as **Exhibit 81** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000022563 – AMG10935-0000022565, dated May 6, 2021.

83. Attached hereto as **Exhibit 82** is a true and correct copy of the Opening Expert Report of Heather Bates, dated February 13, 2024.

84. Attached hereto as **Exhibit 83** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000024826 – AMG10935-0000024828, dated May 13, 2021.

85. Attached hereto as **Exhibit 84** is a true and correct copy of the document bearing the Bates numbers REGN0031210 – REGN0031212, dated April 1, 2021.

86. Attached hereto as **Exhibit 85** is a true and correct copy of the document bearing the Bates number AMG10935-0000087408, dated February 7, 2020.

87. Attached hereto as **Exhibit 86** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00007167 – Express_Scripts_1330_00007169, dated February 24, 2020.

88. Attached hereto as **Exhibit 87** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000370662 – AMG10935-0000370663, dated March 3, 2020.

89. Attached hereto as **Exhibit 88** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002331 – Express_Scripts_1330_00002333, dated March 3, 2020.

90. Attached hereto as **Exhibit 89** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002329 – Express_Scripts_1330_00002330, dated March 3, 2020.

91. Attached hereto as **Exhibit 90** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002512 – Express_Scripts_1330_00002513, dated May 1, 2020.

92. Attached hereto as **Exhibit 91** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00007330, dated May 1, 2020.

93. Attached hereto as **Exhibit 92** is a true and correct copy of excerpts from the transcript of the deposition of Michelle Carnahan taken in the above-captioned matter on March 11, 2024.

94. Attached hereto as **Exhibit 93** is a true and correct copy of the document bearing the Bates numbers REGN0005207 – REGN0005209, dated May 3, 2019.

95. Attached hereto as **Exhibit 94** is a true and correct copy of the document bearing the Bates numbers REGN0031281 – REGN0031283, dated August 28, 2019.

96. Attached hereto as **Exhibit 95** is a true and correct copy of the document bearing the Bates number REGN0134791 – REGN0134793, dated August 28, 2019.

97. Attached hereto as **Exhibit 96** is a true and correct copy of the document bearing the Bates number AMG10935-0000083575, dated August 25, 2020.

98. Attached hereto as **Exhibit 97** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000535869 – AMG10935-0000535870, dated May 5, 2021.

99. Attached hereto as **Exhibit 98** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000536138 – AMG10935-0000536139, dated June 29, 2021.

100. Attached hereto as **Exhibit 99** is a true and correct copy of the document bearing the Bates numbers AMG10935-0001611588 – AMG10935-0001611589, dated July 6, 2021.

101. Attached hereto as **Exhibit 100** is a true and correct copy of the document bearing the Bates numbers ZINC0000006 – ZINC0000007, dated April 23, 2021.

102. Attached hereto as **Exhibit 101** is a true and correct copy of the document bearing the Bates numbers ZINC0000187 – ZINC0000190, dated July 1, 2021.

103. Attached hereto as **Exhibit 102** is a true and correct copy of the document bearing the Bates numbers AMG10935-0001619938 – AMG10935-0001619939, dated July 6, 2021.

104. Attached hereto as **Exhibit 103** is a true and correct copy of the document bearing the Bates numbers REGN0266282 – REGN0266284, dated June 29, 2021.

105. Attached hereto as **Exhibit 104** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000798212 – AMG10935-0000798213, dated March 28, 2023.

106. Attached hereto as **Exhibit 105** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000797525 – AMG10935-0000797526, dated December 2, 2022.

107. Attached hereto as **Exhibit 106** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000550849 – AMG10935-0000550855, dated May 27, 2020.

108. Attached hereto as **Exhibit 107** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000502336 – AMG10935-0000502337, dated December 2, 2022.

109. Attached hereto as **Exhibit 108** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000417134 – AMG10935-0000417137, dated February 17, 2021.

110. Attached hereto as **Exhibit 109** is a true and correct copy of the document bearing the Bates numbers AMG10935_OCO-0000000672 – AMG10935_OCO-0000000690, effective July 1, 2020.

111. Attached hereto as **Exhibit 110** is a true and correct copy of the document bearing the Bates number AMG10935-0000811337, dated July 22, 2022.

112. Attached hereto as **Exhibit 111** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000109970 – AMG10935-0000109972, dated July 22, 2022.

113. Attached hereto as **Exhibit 112** is a true and correct copy of excerpts from the transcript of the deposition of Jasper van Grunsven taken in the above-captioned matter on December 11, 2023.

114. Attached hereto as **Exhibit 113** is a true and correct copy of the document bearing the Bates number AMG10935-0000225239, dated May 15, 2020.

115. Attached hereto as **Exhibit 114** is a true and correct copy of the document bearing the Bates number AMG10935-0000009231, dated May 27, 2021.

116. Attached hereto as **Exhibit 115** is a true and correct copy of the document bearing the Bates number AMG10935-0000908659 – AMG10935-0000908660, dated May 13, 2021.

117. Attached hereto as **Exhibit 116** is a true and correct copy of the document bearing the Bates number AMG10935_OCO-0000092128, dated August 1, 2022.

118. Attached hereto as **Exhibit 117** is a true and correct copy of excerpts from the transcript of the deposition of Heather Bates taken in the above-captioned matter on May 1, 2024.

119. Attached hereto as **Exhibit 118** is a true and correct copy of excerpts from the transcript of the deposition of Deborah Gan taken in the above-captioned matter on May 8, 2024.

120. Attached hereto as **Exhibit 119** is a true and correct copy of excerpts from the transcript of the deposition of Fiona Scott Morton taken in the above-captioned matter on May 9, 2024.

121. Attached hereto as **Exhibit 120** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000000918 – AMG10935-0000000936, effective July 1, 2020.

122. Attached hereto as **Exhibit 121** is a true and correct copy of the document bearing the Bates number AMG10935-0000238203, dated August 1, 2020.

123. Attached hereto as **Exhibit 122** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Michael S. Doyle taken in the above-captioned matter on February 6, 2024.

124. Attached hereto as **Exhibit 123** is a true and correct copy of the Rebuttal Expert Report of Dr. Lauren Stiroh, dated May 7, 2024.

125. Attached hereto as **Exhibit 124** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000587249 – AMG10935-0000587257, dated May 28, 2020.

126. Attached hereto as **Exhibit 125** is a true and correct copy of excerpts from the transcript of the deposition of David Zimmer taken in the above-captioned matter on February 6, 2024.

127. Attached hereto as **Exhibit 126** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000017042, dated July 1, 2020.

128. Attached hereto as **Exhibit 127** is a true and correct copy of excerpts from Amgen Inc.'s Form 10-K for fiscal year ended December 21, 2020.

129. Attached hereto as **Exhibit 128** is a true and correct copy of Amgen Inc.'s press release "Repatha (evolocumab) Now Approved in the EU," dated July 21, 2015.

130. Attached hereto as **Exhibit 129** is a true and correct copy of the U.S. Food & Drug Administration, Drug Trials Snapshot: PRALUENT webpage.

131. Attached hereto as **Exhibit 130** is a true and correct copy of Amgen Inc.'s press release "FDA Approves Amgen's New Cholesterol-Lowering Medication Repatha™ (evolocumab)," dated August 27, 2015.

132. Attached hereto as **Exhibit 131** is a true and correct copy of the document bearing the Bates number UHG000008298, dated June 17, 2021.

133. Attached hereto as **Exhibit 132** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000026314 – AMG10935-0000026316, dated July 15, 2021.

134. Attached hereto as **Exhibit 133** is a true and correct copy of excerpts from the transcript of the deposition of Lauren Stiroh taken in the above-captioned matter on May 7, 2024.

135. Attached hereto as **Exhibit 134** is a true and correct copy of the document bearing the Bates numbers UHG000008374 – UHG000008376, dated June 7, 2021.

136. Attached hereto as **Exhibit 135** is a true and correct copy of the document bearing the Bates number UHG000008404, dated June 7, 2021.

137. Attached hereto as **Exhibit 136** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000872305 – AMG10935-0000872306, dated August 23, 2019.

138. Attached hereto as **Exhibit 137** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000225995 – AMG10935-0000225999, dated July 25, 2020.

139. Attached hereto as **Exhibit 138** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000509304 – AMG10935-0000509307, dated May 25, 2021.

140. Attached hereto as **Exhibit 139** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000735537 – AMG10935-0000735555, dated October 28, 2021.

141. Attached hereto as **Exhibit 140** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000017171 – AMG10935-0000017172, dated May 28, 2020.

142. Attached hereto as **Exhibit 141** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00004612 – Express_Scripts_1330_00004613, dated May 27, 2020.

143. Attached hereto as **Exhibit 142** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00003707, dated June 25, 2020.

144. Attached hereto as **Exhibit 143** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00003011 – Express_Scripts_1330_00003013, dated June 17, 2020.

145. Attached hereto as **Exhibit 144** is a true and correct copy of the document bearing the Bates number AMG10935-0000379900, dated June 26, 2020.

146. Attached hereto as **Exhibit 145** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002988 – Express_Scripts_1330_00002989, dated June 3, 2020.

147. Attached hereto as **Exhibit 146** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00002636, dated June 15, 2020.

148. Attached hereto as **Exhibit 147** is a true and correct copy of the document bearing the Bates numbers AMG10935_OCO-0000042384 – AMG10935_OCO-0000042402, effective July 1, 2020.

149. Attached hereto as **Exhibit 148** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000395732 – AMG10935-0000395733, dated July 12, 2021.

150. Attached hereto as **Exhibit 149** is a true and correct copy of excerpts from the document bearing the Bates numbers AMG10935_OCO-0000005281 – AMG10935_OCO-0000005371, effective September 1, 2021.

151. Attached hereto as **Exhibit 150** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000006721 – AMG10935-0000006726, effective January 1, 2023.

152. Attached hereto as **Exhibit 151** is a true and correct copy of excerpts from the transcript of the deposition of Scott Cullins taken in the above-captioned matter on January 17, 2024.

153. Attached hereto as **Exhibit 152** is a true and correct copy of the document bearing the Bates number AMG10935-0000414326, dated February 24, 2020.

154. Attached hereto as **Exhibit 153** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000010008 – AMG10935-0000010009, dated February 24, 2020.

155. Attached hereto as **Exhibit 154** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00002724, dated July 6, 2020.

156. Attached hereto as **Exhibit 155** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000015661 – AMG10935-0000015662, dated September 10, 2020.

157. Attached hereto as **Exhibit 156** is a true and correct copy of the document bearing the Bates number AMG10935-0000802882, dated May 26, 2023.

158. Attached hereto as **Exhibit 157** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000136911 – AMG10935-0000136912, dated April 29, 2022.

159. Attached hereto as **Exhibit 158** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000113039 – AMG10935-0000113040, dated January 5, 2022.

160. Attached hereto as **Exhibit 159** is a true and correct copy of excerpts from the transcript of the deposition of John Ryan taken in the above-captioned matter on January 9, 2024.

161. Attached hereto as **Exhibit 160** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002611 – Express_Scripts_1330_00002615, dated June 11, 2020.

162. Attached hereto as **Exhibit 161** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00004618 – Express_Scripts_1330_00004619, dated May 27, 2020.

163. Attached hereto as **Exhibit 162** is a true and correct copy of the document bearing the Bates number Express_Scripts_1330_00004494, dated May 14, 2020.

164. Attached hereto as **Exhibit 163** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000394987 – AMG10935-0000394988, dated June 17, 2021.

165. Attached hereto as **Exhibit 164** is a true and correct copy of excerpts from the transcript of the deposition of Thomas Moore taken in the above-captioned matter on July 18, 2023.

166. Attached hereto as **Exhibit 165** is a true and correct copy of the document bearing the Bates numbers Express_Scripts_1330_00002704 – Express_Scripts_1330_00002705, dated June 26, 2020.

167. Attached hereto as **Exhibit 166** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Robert Eckel taken in the above-captioned matter on May 6, 2024.

168. Attached hereto as **Exhibit 167** is a true and correct copy of excerpts from Regeneron Pharmaceutical's Amended Complaint in the above-captioned matter (D.I. 122)

169. Attached hereto as **Exhibit 168** is a true and correct copy of excerpts from the transcript of the deposition of Divya Mathur taken in the above-captioned matter on May 15, 2024.

170. Attached hereto as **Exhibit 169** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Robert Pordy taken in the above-captioned matter on December 6, 2023.

171. Attached hereto as **Exhibit 170** is a true and correct copy of the article *Alirocumab and Cardiovascular Outcomes after Acute Coronary Syndrome*, Gregory G. Schwartz, et al., 379 New Eng. J. Med. 2097–2107 (2018).

172. Attached hereto as **Exhibit 171** is a true and correct copy of the Amgen, Inc., Repatha® (evolocumab) package insert, dated September 2021.

173. Attached hereto as **Exhibit 172** is a true and correct copy of excerpts from the transcript of the deposition of Suzanne Shugg taken in the above-captioned matter on March 10, 2024.

174. Attached hereto as **Exhibit 173** is a true and correct copy of the document bearing the Bates numbers AMG10935_OCO-0000005372 – AMG10935_OCO-0000005462, effective September 1, 2021.

175. Attached hereto as **Exhibit 174** is a true and correct copy of the document bearing the Bates number REGN0047243, dated January 20, 2023.

176. Attached hereto as **Exhibit 175** is a true and correct copy of the document bearing the Bates numbers AMG10935-0001611590 – AMG10935-0001611591, dated July 6, 2021.

177. Attached hereto as **Exhibit 176** is a true and correct copy of the document bearing the Bates number AMG10935-0001615120, dated May 24, 2021.

178. Attached hereto as **Exhibit 177** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000509339 – AMG10935-0000509341, dated May 19, 2021.

179. Attached hereto as **Exhibit 178** is a true and correct copy of the document bearing the Bates numbers REGN0031628 – REGN0031629, dated May 6, 2022.

180. Attached hereto as **Exhibit 179** is a true and correct copy of the document bearing the Bates numbers REGN0000817 – REGN0000824, effective January 1, 2023.

181. Attached hereto as **Exhibit 180** is a true and correct copy of the Seeking Alpha transcript of Amgen Inc.'s Q3 Earnings Summary, dated October 31, 2023.

182. Attached hereto as **Exhibit 181** is a true and correct copy of the document bearing the Bates numbers REGN0030283 – REGN0030284, dated September 9, 2019.

183. Attached hereto as **Exhibit 182** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000101341 – AMG10935-0000101343, dated August 27, 2020.

184. Attached hereto as **Exhibit 183** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000501172 – AMG10935-0000501267, dated June 16, 2021.

185. Attached hereto as **Exhibit 184** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000115008 – AMG10935-0000115009, dated July 3, 2021.

186. Attached hereto as **Exhibit 185** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000548061 – AMG10935-0000548132, dated February 13, 2020.

187. Attached hereto as **Exhibit 186** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000019498 – AMG10935-0000019499, dated February 2, 2020.

188. Attached hereto as **Exhibit 187** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000414298 – AMG10935-0000414299, dated February 8, 2020.

189. Attached hereto as **Exhibit 188** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000004363 – AMG10935-0000004373, effective April 1, 2020.

190. Attached hereto as **Exhibit 189** is a true and correct copy of the document bearing the Bates number AMG10935-0000098120, dated May 19, 2020.

191. Attached hereto as **Exhibit 190** is a true and correct copy of the document bearing the Bates number AMG10935-0000096766, dated December 21, 2021.

192. Attached hereto as **Exhibit 191** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000096767 – AMG10935-0000096773, dated December 2021.

193. Attached hereto as **Exhibit 192** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000022627 – AMG10935-0000022628, dated May 12, 2021.

194. Attached hereto as **Exhibit 193** is a true and correct copy of the document bearing the Bates number AMG10935-0000305470, dated September 27, 2021.

195. Attached hereto as **Exhibit 194** is a true and correct copy of the document bearing the Bates number AMG10935-0000121753, dated April 6, 2022

196. Attached hereto as **Exhibit 195** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000009590 – AMG10935-0000009596, dated May 27, 2020.

197. Attached hereto as **Exhibit 196** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000394974 – AMG10935-0000394975, dated June 17, 2021.

198. Attached hereto as **Exhibit 197** is a true and correct copy of excerpts from Amgen's Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Injunction, *Fed. Trade. Comm'n v. Amgen*, No. 1:23-CV-03503 (EFC No. 130) (N.D. Ill. Sept. 11, 2023).

199. Attached hereto as **Exhibit 198** is a true and correct copy of the document bearing the Bates numbers AMG10935_OCO_0000000672 – AMG10935_OCO_0000000690, effective July 1, 2020.

200. Attached hereto as **Exhibit 199** is a true and correct copy of the Opening Expert Report of Divya Mathur, Ph.D., dated February 13, 2024.

201. Attached hereto as **Exhibit 200** is a true and correct copy of the document bearing the Bates numbers AMG10935_ 0000007032 – AMG10935_ 0000007122, effective September 1, 2021.

202. Attached hereto as **Exhibit 201** is a true and correct copy of excerpts from the document bearing the Bates numbers AMG10935-0000906834 – AMG10935-0000906886, dated September 21, 2021.

203. Attached hereto as **Exhibit 202** is a true and correct copy of the document bearing the Bates numbers AMG10935-0000215205 – AMG10935-0000215206, dated May 15, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2024 in New York, New York.

*/s/ Eric S. Hochstadt*

Eric S. Hochstadt