IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.<br><br>Defendant. | C.A. NO.: 22 cv 00697-JLH SRF<br><br>JURY TRIAL DEMANDED |

**CERTIFICATION PURSUANT TO STANDING ORDER FOR OBJECTIONS
FILED UNDER FED. R. CIV. P. 72, DATED MARCH 7, 2022**

I hereby certify that the objections to Magistrate Judge Fallon's Order (D.I. 385) do not raise any new legal or factual arguments that were not previously presented before the Magistrate Judge. The objections are based solely on issues and arguments that were fully briefed before the Magistrate Judge.

Dated: September 9, 2024

/s/ Scott B. Czerwonka
David E. Wilks (Bar No.2793)
Scott B. Czerwonka (Bar No. 4844)
WILKS LAW, LLC
4250 Lancaster Pike, Suite 200
Wilmington, DE 19085
Telephone: (302) 225-0850
Email: dwilks@wilks.law
Email: sczerwonka@wilks.law

*Attorney for Plaintiff Regeneron Pharmaceuticals, Inc.*