IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>AMGEN INC.,<br><br>        Defendant. | C. A. No.: 22-00697-JLH<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT COURT
OF DELAWARE'S MAY 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant Amgen Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendant states as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A hearing on the pending summary judgment and *Daubert* motions is scheduled for November 20, 2024 at 10:00 AM in Courtroom 6D (D.I. 381).

3. The following persons intend to appear at the hearing and request access to their electronic devices for those purposes, but do not have state-issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Eric Stock, Attorney

- Kate Swisher, Attorney
- Caroline Leahy, Attorney
- Gianna Penezic, Law Clerk
- Jeremy Sontchi, Paralegal

WHEREFORE, Defendant respectfully requests that the Court enter the attached proposed order exempting Mr. Stock, Ms. Swisher, Ms. Leahy, Ms. Penezic, and Mr. Sontchi from the May 17, 2024 Standing Order.

|  |  |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Eric J. Stock<br>Ben A. Sherwood<br>Leesa Haspel<br>Kate Swisher<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br><br>Stephen Weissman<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>(202) 955-8500<br><br>Richard J. Doren<br>Samuel Liversidge<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000<br><br>Betty X. Yang<br>Ashley E. Johnson<br>John Adams<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201<br>(214) 698-3100<br><br><br>Dated: November 18, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Stephanie N. Vangellow*<br>_____<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Stephanie N. Vangellow (No. 7277)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>svangellow@ycst.com<br><br>*Attorneys for Amgen Inc.* |

SO ORDERED this _____ day of _____, 2024.

_____
United States District Judge

32396700.1

3