IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | C. A. No.:  22-00697-JLH |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT COURT
OF DELAWARE'S MAY 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendant Amgen Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendant states as follows:

1.       The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.       A hearing on the pending summary judgment and *Daubert* motions is scheduled for November 20, 2024 at 10:00 AM in Courtroom 6D (D.I. 381).

3.       The following persons intend to appear at the hearing and request access to their electronic devices for those purposes, but do not have state-issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Eric Stock, Attorney

- Kate Swisher, Attorney
- Caroline Leahy, Attorney
- Gianna Penezic, Law Clerk
- Jeremy Sontchi, Paralegal

WHEREFORE, Defendant respectfully requests that the Court enter the attached proposed order exempting Mr. Stock, Ms. Swisher, Ms. Leahy, Ms. Penezic, and Mr. Sontchi from the May 17, 2024 Standing Order.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Stephanie N. Vangellow*

_____

Melanie K. Sharp (No. 2501)

GIBSON, DUNN & CRUTCHER LLP     James L. Higgins (No. 5021)
Eric J. Stock                   Stephanie N. Vangellow (No. 7277)
Ben A. Sherwood                 1000 North King Street
Leesa Haspel                    Wilmington, DE  19801
Kate Swisher                    (302) 571-6600
200 Park Avenue                 msharp@ycst.com
New York, NY  10166-0193        jhiggins@ycst.com
(212) 351-4000                  svangellow@ycst.com

Stephen Weissman
1050 Connecticut Avenue, N.W.   *Attorneys for Amgen Inc.*
Washington, DC  20036-5306
(202) 955-8500

Richard J. Doren
Samuel Liversidge
333 South Grand Avenue
Los Angeles, CA  90071
(213) 229-7000

Betty X. Yang
Ashley E. Johnson
John Adams
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100

Dated: November 18, 2024

SO ORDERED this ___19th___ day of ___November___, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge

32396700.1