**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:22-cv-00697-JLH |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AMGEN INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REGENERON'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT
COURT OF DELAWARE'S MAY 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Regeneron Pharmaceuticals, Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendant states as follows:

1.      The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.      A hearing on the pending summary judgment and *Daubert* motions is scheduled for November 20, 2024 at 10:00 AM in Courtroom 6D (D.I. 381).

3.      The following persons intend to attend the hearing and request access to their electronic devices for the hearing, but do not have state-issued bar cards or meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Eric Hochstadt, Attorney
- Jonathan Polkes, Attorney
- Rachel Williams, Attorney
- Shai Berman, Attorney
- Larry Coury, Attorney
- Naz Akyol, Attorney
- Gilbert Voy, Attorney
- Joseph LaRosa, Attorney
- Arunabha Bhoumik, Attorney
- Adam Bernstein, Attorney
- Elizabeth Weiswasser, Attorney
- Jessica Falk, Attorney

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached proposed order exempting the foregoing individuals from the May 17, 2024 Standing Order.

Dated: November 19, 2024                    Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Jonathan D. Polkes                          */s/ Scott B. Czerwonka*
Elizabeth Stotland Weiswasser                David E. Wilks (Bar No. 2793)
Eric S. Hochstadt                            Scott B. Czerwonka (Bar No. 4844)
Adam B. Banks                                WILKS LAW LLC
Jessica L. Falk                              4250 Lancaster Pike Suite 200
Robert Niles-Weed                            Wilmington, DE 19805
Rachel Williams                              Telephone: (302) 225-0850
767 Fifth Avenue                             Fax: (302) 225-0851
New York, NY 10153-0119
Telephone (212) 310-8000                     *Attorneys for Regeneron Pharmaceuticals, Inc.*

Michael R. Moiseyev
Priyata Y. Patel
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000

SO ORDERED this _____19th_____ day of _November_, 2024.

_____
The Honorable Jennifer L. Hall
United States District Judge