# WILKS LAW LLC

**DAVID E. WILKS**
Direct Phone: 302.225.0858
Email: dwilks@wilks.law

November 27, 2024

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

    Re:    ***Regeneron Pharmaceuticals, Inc. v. Amgen Inc.***
               **Case No.: 1:22-cv-00697-JLH**

Dear Judge Hall:

    Along with Weil, Gotshal & Manges LLP, we represent the Plaintiff, Regeneron Pharmaceuticals, Inc. ("Regeneron"), in the above-referenced action. We submit, jointly with counsel for Defendant Amgen Inc. ("Amgen"), the following responses to the questions posed by Your Honor during the November 20th Hearing.

    1.    <u>Referral</u> – The parties do not consent to proceeding before a magistrate judge.

    2.    <u>Mediation</u> – The parties do not believe that a referral is needed.

    3.    <u>Number of Trial Days</u> – Based on a review of the full fact, third-party, and expert discovery record, Regeneron believes that ten (10) trial days, with total time split equally, will be sufficient. Amgen believes that the seven (7) trial days, with total time split equally, originally set for trial in the Scheduling Order is sufficient.

Respectfully submitted,

*/s/ David E. Wilks*

David E. Wilks
(Bar No. 2793)

cc: Counsel of Record