# WILKS LAW LLC

**DAVID E. WILKS**
Direct Phone: 302.225.0858
Email: dwilks@wilks.law

January 15, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court of District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 17, Room 6312
Wilmington, DE 19801-3555

    Re:    *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,
             C.A. No. 22-cv-00697-JLH

Dear Judge Hall:

    Pursuant to the Court's January 8, 2025 Oral Order (D.I. 404), the parties consent to a Magistrate Judge presiding over the jury selection process on May 2, 2025.

    We are available at the Court's convenience should Your Honor have any questions.

                                            Respectfully submitted,

                                            */s/ David E. Wilks*

                                            David E. Wilks
                                            (Bar No. 2793)

cc: Counsel of Record (via CM/ECF)