IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>AMGEN INC.,<br><br>    Defendant. | C. A. No.: 22-cv-00697-JLH<br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Eric Hochstadt has changed his firm affiliation from Weil, Gotshal & Manges LLP to Orrick, Herrington & Sutcliffe LLP. Mr. Hochstadt is admitted *pro hac vice* for Plaintiff Regeneron Pharmaceuticals, Inc. in the above-captioned action. The new firm information and email address are as follows:

> Eric Hochstadt
> Orrick, Herrington & Sutcliffe LLP
> 51 West 52nd Street
> New York, NY 10019-6142
> Telephone: (212) 506-5282
> Email: ehochstadt@orrick.com

March 12, 2025

WILKS LAW LLC

*/s/ David E. Wilks*
David E. Wilks (Bar No. 2793)
Scott B. Czerwonka (Bar No. 4844)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Email: dwilks@wilks.law
Email: sczerwonka@wilks.law

*Attorneys for Plaintiff*
*Regeneron Pharmaceuticals, Inc.*