IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.: 22-00697-JLH |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Courtney L. Spears of Gibson, Dunn & Crutcher LLP to represent Amgen Inc. in this matter.

Pursuant to the Standing Order for District Court Fund, the annual fee of $50.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Stephanie N. Vangellow*

_____
Melanie K. Sharp (No. 2501)
James L. Higgins (No. 5021)
Stephanie N. Vangellow (No. 7277)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
msharp@ycst.com
jhiggins@ycst.com
svangellow@ycst.com

Dated: March 24, 2025          *Attorneys for Amgen Inc.*

IT IS HEREBY ORDERED this ___ day of _____, 2025 that counsel's motion for the admission *pro hac vice* of Courtney L. Spears is GRANTED.

_____
United States District Judge