# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>  Plaintiff,<br><br>V.<br><br>AMGEN INC.<br><br>  Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 1:22-cv-00697-JLH<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Plaintiff Regeneron Pharmaceuticals, Inc. respectfully moves this Court to set a teleconference to address an outstanding dispute regarding the following discovery matter:

- Whether Plaintiff may rely upon a March 19, 2025 supplemental expert report of its damages expert, Divya Mathur, Ph.D.

The Parties have been unable to resolve this dispute and thus seek the Court's guidance.

The following attorneys participated in a meet-and-confer via videoconference on March 24, 2025:

Delaware Counsel:

| | |
|---|---|
| David E. Wilks (Bar No. 2793)<br>Wilks Law LLC<br>4250 Lancaster Pike Suite 200<br>Wilmington, DE 19805<br>Telephone: (302) 225-0858<br><br>*Counsel for*<br>*Regeneron Pharmaceuticals, Inc.* | Melanie K. Sharp (Bar No. 2501)<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square, 1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br><br>*Counsel for Amgen Inc.* |

Lead Counsel:

Adam B. Banks (*admitted pro hac vice*)  
White & Case LLP  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 819-8301

*Lead Counsel for*  
*Regeneron Pharmaceuticals, Inc.*

Eric Stock (*admitted pro hac vice*)  
Gibson, Dunn & Crutcher LLP  
200 Park Avenue  
New York, NY 10166  
Telephone: (212) 351-2301

*Lead Counsel for Amgen Inc.*

      The parties to this dispute are available for a teleconference on the following dates: April 3, 4, and 8, 2025.

|  |  |
|---|---|
| Dated: March 26, 2025 | Respectfully submitted, <br><br> WILKS LAW LLC <br><br> */s/ David E. Wilks* <br> David E. Wilks (Bar No. 2793) <br> Scott B. Czerwonka (Bar No. 4844) <br> 4250 Lancaster Pike Suite 200 <br> Wilmington, DE 19805 <br> Telephone: (302) 225-0850 <br> Email: dwilks@wilks.law <br> Email: sczerwonka@wilks.law <br><br> *Attorneys for Regeneron Pharmaceuticals, Inc.* |

WHITE & CASE LLP  
Jonathan D. Polkes  
Adam B. Banks  
1221 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 819-8301

ORRICK, HERRINGTON  
& SUTCLIFFE LLP  
Eric S. Hochstadt  
51 West 52nd Street  
New York, NY 10019-6142  
Telephone: (212) 506-5282

WEIL, GOTSHAL & MANGES LLP  
Jessica L. Falk  
Robert Niles-Weed  
Rachel Williams  
767 Fifth Avenue  
New York, NY 10153-0119  
Telephone (212) 310-8000

Michael R. Moiseyev
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000

3