# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>       Defendant. | C. A. No.: 1:22-cv-00697-JLH |

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Regeneron Pharmaceuticals, Inc. ("Regeneron") and Defendant Amgen Inc. ("Amgen") stipulate and agree, subject to the approval of the Court, that the time for the parties to file public redacted versions of Regeneron's Letter Regarding Updated Damages Expert Report Dispute [D.I. 414], and Amgen's Letter Regarding Opposition to Regeneron's Motion for Leave to Rely on Supplemental Damages Expert Report [D.I. 415] is extended through and including April 22, 2025.

Dated: April 7, 2025

| | |
|---|---|
| WILKS LAW LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Scott B. Czerwonka* | */s/ Stephanie N. Vangellow* |
| David E. Wilks (Bar No. 2793) | Melanie K. Sharp (Bar No. 2501) |
| Scott B. Czerwonka (Bar No. 4844) | James L. Higgins (Bar No. 5021) |
| 4250 Lancaster Pike Suite 200 | Stephanie N. Vangellow (Bar No. 7277) |
| Wilmington, DE 19805 | 1000 North King Street |
| (302) 225-0850 | Wilmington, DE 19801 |
| dwilks@wilks.law | (302) 571-6600 |
| sczerwonka@wilks.law | msharp@ycst.com |
| | jhiggins@ycst.com |
| | svangellow@ycst.com |
| *Attorneys for Regeneron Pharmaceuticals, Inc.* | *Attorneys for Amgen Inc.* |

SO ORDERED this  8th  day of  April , 2025.

*[signature]*
The Honorable Jennifer L. Hall
United States District Judge