# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>AMGEN INC.,<br><br>   Defendant. | C. A. No.: 1:22-cv-00697-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 11, 2025, Plaintiff Regeneron Pharmaceuticals, Inc., by and through its undersigned counsel, provided notice of third-party subpoena to appear and testify at trial directed to OptumRX and United Healthcare, Inc. on the following counsel as indicated below:

**BY ELECTRONIC MAIL**
Judith Zahhid, Esquire
Eric W. Buetzow, Esquire
Zelle LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Email: jzahid@zellelaw.com
Email: ebuetzow@zellelaw.com

**[SIGNATURE BLOCK ON NEXT PAGE]**

| | |
|---|---|
| Dated: April 14, 2025 | WILKS LAW LLC |
| | */s/ David E. Wilks* |
| | David E. Wilks (Bar No. 2793) |
| | Scott B. Czerwonka (Bar No. 4844) |
| | 4250 Lancaster Pike Suite 200 |
| WHITE & CASE LLP | Wilmington, DE 19805 |
| Jonathan D. Polkes | Telephone: (302) 225-0850 |
| Adam B. Banks | Email: dwilks@wilks.law |
| 1221 Avenue of the Americas | Email: sczerwonka@wilks.law |
| New York, NY 10020 | |
| Telephone: (212) 819-8301 | *Attorneys for Regeneron Pharmaceuticals, Inc.* |

ORRICK, HERRINGTON
& SUTCLIFFE LLP
Eric S. Hochstadt
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5282

WEIL, GOTSHAL & MANGES LLP
Jessica L. Falk
Robert Niles-Weed
Rachel Williams
767 Fifth Avenue
New York, NY 10153-0119
Telephone (212) 310-8000

Michael R. Moiseyev
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000