# WILKS LAW LLC

**SCOTT B. CZERWONKA**
Direct Phone: 302.230.5154
Email: czerwonka@wilks.law

April 28, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court of District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street,
Unit 17, Room 6312
Wilmington, DE 19801-3555

    Re:    Re: *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,
              D. Del., C.A. No. 1: 22-cv-00697-JLH

Dear Judge Hall:

The parties in the above captioned case jointly write pursuant to the Court's Proposed Voir Dire [D.I. 440] and Oral Order [D.I. 441] requiring the parties to file a joint letter by April 28, 2025 setting forth any corrections or objections to the Court's Proposed Voir Dire.

The parties have communicated regarding the Court's Proposed Voir Dire and respectfully request the minor changes identified below. A redline showing the parties' proposed edits is attached hereto. The Parties jointly request that the Court:

1. Remove references to Amgen's counterclaim in the introductory paragraph.

2. Edit the list of lawyers to properly indicate that Stephanie Vangellow and Catherine Lynch are affiliated with Young Conaway Stargatt & Taylor, LLP.

In addition, Regeneron requests that the Court permit the following changes. Amgen does not oppose these changes.

1. Change Question 9 as follows:

   **Original:**    Do you have any education, training or work experience in healthcare, economics or law?

   **Revised:**    Do you have any education, training or work experience in healthcare, economics, law, sales, or marketing?

2. Insert a new question after Question 10 as follows:

   **Question 11:**  Have you ever written, reviewed or negotiated a business contract?

The Honorable Jennifer L. Hall
April 28, 2025
Page 2

    The parties appreciate the Court's attention to this matter.

                                                                    Respectfully submitted,

                                                                    */s/ Scott B. Czerwonka*

                                                               Scott B. Czerwonka
                                                                 (Bar No. 4844)

cc: All Counsel of Record (via CM/ECF)