# WILKS LAW LLC

SCOTT B. CZERWONKA
Direct Phone: 302.230.5154
Email: czerwonka@wilks.law

April 28, 2025

**VIA CM/ECF**

The Honorable Jennifer L. Hall
United States District Court of District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street,
Unit 17, Room 6312
Wilmington, DE 19801-3555

  Re: Re: *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*,
     D. Del., C.A. No. 1: 22-cv-00697-JLH

Dear Judge Hall:

  The parties in the above captioned case jointly write pursuant to the Court's Proposed Preliminary Jury Instructions [D.I. 442] and Oral Order [D.I. 443] requiring the parties to file a joint letter by April 28, 2025 setting forth any corrections or objections to the Court's Proposed Preliminary Jury Instructions.

  The parties have met and conferred regarding the Court's Proposed Preliminary Jury Instructions and respectfully request the minor changes identified below. A redline showing the parties' proposed edits is attached hereto.

1. Edited the date after Instruction 14 to clarify that the Court will provide the remainder of the instructions on May 5.

2. Edited Instruction 15 to account for the fact that Regeneron may call Amgen witnesses during its case-in-chief.

  The parties appreciate the Court's attention to this matter.

         Respectfully submitted,

         */s/ Scott B. Czerwonka*

         Scott B. Czerwonka
         (Bar No. 4844)

cc: All Counsel of Record (via CM/ECF)