IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Regeneron Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Amgen Inc., <br><br> Defendant. | C. A. No.: 22-cv-697-JLH |

## **VOIR DIRE**

Good morning, ladies and gentlemen. My name is Laura Hatcher and I am the Judge who will be presiding over the jury selection in this civil case. The Plaintiff in this case is Regeneron Pharmaceuticals, Inc. The Defendant in this case is Amgen Inc. Both Regeneron and Amgen are pharmaceutical manufacturers. Regeneron brings this lawsuit against Amgen claiming that Amgen is violating the antitrust laws and intentionally interfering with certain Regeneron contracts to harm consumers and competition. Amgen denies these claims.

I am going to ask you certain questions, the purpose of which is to (1) enable us to determine whether or not any prospective juror should be excused for cause, and (2) enable counsel for the parties to exercise their individual judgment with respect to what are called peremptory challenges, that is, challenges that counsel can make to a potential juror without giving any reason.

You each have the list of questions that I am going to read. If you answer "yes" to any of the questions that I ask, please make a note of that on the list. At the end of the questions, I will ask some of you whether you answered yes to any questions and, if you did, my staff will bring you to speak with the lawyers and me about your answers.

I now ask that my Deputy swear the jury panel to answer all questions truthfully. (Panel sworn.)

The trial will begin on Monday, May 5, 2025, and last up to seven days. The trial will be held Monday through Thursday of next week (May 5–8, 2025) and then Monday through Wednesday of the following week (May 12–14, 2025). The trial will be timed, so the attorneys have to complete their presentations within the seven days. It is possible, however, that jury deliberations may require you to be here longer than the scheduled number of days. The trial days will run approximately from 9:00 a.m. to 4:30 or 5:00 p.m. each day. Now I will read the questions. Remember, make a note on your paper if you have a "yes" answer to a particular question.

1. Does the schedule that I described present any significant difficulties for you?

2. Have you heard or read anything about this case or any legal disputes between Regeneron and Amgen?

3. Have you or has someone close to you ever been employed by or owned stock in Regeneron or Amgen?

4. Do you have any strong feelings, positive or negative, or any opinions regarding Regeneron or Amgen that would impair your ability to serve as a fair and impartial juror?

5. Have you or has anyone in your immediate family or close friends had any experience, good or bad, with the following medicines:

- Praluent
- Repatha
- Otezla
- Enbrel
- Dupixent

6. The lawyers and the law firms involved in this case are as follows:

**Gibson, Dunn & Crutcher LLP**
- John Adams
- Richard J. Doren
- Ashley Johnson
- Samuel Liversidge
- Ben A. Sherwood
- Courtney Spears
- Eric Stock
- Kate Swisher
- Betty X. Yang

**Young Conway Stargatt & Taylor, LLP**
- James L. Higgins
- Melanie K. Sharp
- Stephanie Vangellow
- Catherine Lynch

**Orrick, Herrington & Sutcliffe LLP**
- Eric S. Hochstadt

**Weil, Gotshal & Manges LLP**
- Naz Akyol
- Jessica L. Falk
- Michael Moiseyev
- Robert Niles-Weed
- Rachel Williams

**Wilks Law LLC**
- Scott B. Czerwonka
- David E. Wilks

**White & Case LLP**
- Adam B. Banks
- Jonathan D. Polkes

Do any of you know any of the attorneys or law firms I have just named, or have any of you or has someone close to you had any business dealings with, or been employed by, any of those attorneys or law firms?

7. The potential witnesses in this case are as follows:

- Joseph Anderson
- Heather Bates
- Robert Bradway
- Amy Bricker
- Andy Chiu
- Michael Doyle
- Robert Eckel
- Eric Gaier
- Deborah Gan
- Murdo Gordon
- Adam Grennan
- Jasper van Grunsven
- Alexander Hindman
- Steven Hyde
- Douglas Jacoby
- Julie Kitson
- Divya Mathur
- Marion McCourt
- Thomas Moore
- Fiona Scott Morton
- Kave Niksefat
- Jennifer Norton
- Richard O'Neal
- Leonard Schleifer
- Aydin Sekili
- Suzanne Shugg
- Lauren Stiroh
- William West
- Jay Witter
- David Zimmer

Are you familiar with any of these people?

8. Have you or has anyone close to you been employed by any of the companies listed below? There are a number of companies listed here. Please review the list carefully.

- Aetna Inc.
- Ascent Health Services
- Cigna Healthcare
- CVS Caremark
- CVS Health
- Emisar Pharma Services LLC
- Evernorth Health, Inc.
- Express Scripts, Inc.
- Humana, Inc.
- MedImpact Healthcare Systems, Inc.
- Optum Rx
- President Holdings Group LLC
- Prime Therapeutics LLC
- Sanofi SA
- UnitedHealthcare, Inc.
- Zinc Health Services

9. Do you have any education, training, or work experience in healthcare, economics, law, sales, or marketing?

10. Have you or has anyone in your immediate family or close friends ever worked for a pharmaceutical manufacturer, pharmacy benefit manager, or health insurance company?

11. Have you ever written, reviewed or negotiated a business contract?

12. Have you or has someone close to you ever been involved in a lawsuit?

13. Have you ever had an experience with the legal system that might prevent you from being a fair and impartial juror in this case?

14. Have you ever served on a jury?

15. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial or to follow the law as I give it to you?

16. Do you have any condition, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make it difficult or impossible for you to serve as a juror on this case?

17. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your service as a juror in this case?