IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMGEN INC., <br><br> Defendant. | C. A. No.: 1:22-cv-00697-JLH |

**[PROPOSED] ORDER GRANTING MOTION FOR EXEMPTION
OF PERSONS FROM THE DISTRICT COURT OF
DELAWARE'S STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff Regeneron Pharmaceuticals, Inc.'s Motion for Exemption of Persons from the District of Delaware's May 15, 2023 Standing Order on Personal Devices ("Motion"),

IT IS ORDERED this  1st  day of May, 2025 that:

1. The Motion is GRANTED.

2. For purposes of the May 2, 2025 Jury Selection and the May 5 - 8 and 12 - 14, 2025 Trial in the above-captioned action, the following individuals are exempt from the District of Delaware's May 15, 2023 Standing Order and shall be permitted to retain and use their personal electronic devices:

| Last Name | First Name | Position |
|---|---|---|
| Akyol | Naz | Attorney |
| Banks | Adam | Attorney |
| Bates | Heather | Expert Witness |
| Berman | Shai | Attorney |
| Bernstein | Adam | Attorney |
| Bhoumik | Arunabha | Attorney |
| Brijlall | Rayan | Trial Technician |
| Clinton | Kirsten | Expert Witness Team |
| Corbett | Anne | Attorney |
| Dajani | Katya | Attorney |
| Davis | Allen | Attorney |
| Eckel | Dr. Robert | Expert Witness |

| | | |
|---|---|---|
| Elvig | Caroline | Attorney |
| Falk | Jessica | Attorney |
| Foroughi | Cirrus | Expert Witness Team |
| George | Camille | Paralegal |
| Hallberg | Justin | Attorney |
| Hasuike | Reiko | Consultant |
| Hay | Austin | Expert Witness Team |
| Hochstadt | Eric | Attorney |
| Hyde | Steven | Witness |
| Johnson | Matthew | Paralegal |
| LaRosa | Joseph | Attorney |
| Larywon | Meghan | Attorney |
| Maguire | Mike | Consultant |
| Maldonado | Katheryn | Attorney |
| Mangru | Steve | Trial Technician |
| Mano | Saambavi | Attorney |
| Mathur | Dr. Diyya | Expert Witness |
| McCourt | Marion | Witness |
| McKnight | Teresa | Paralegal |
| Moiseyev | Mike | Attorney |
| Mondschein | Jonathan | Paralegal |
| Okoroafor | Grace | Attorney |
| O'Neal | Richard | Witness |
| Polkes | Jonathan | Attorney |
| Quinn | Logan | Attorney |
| Rajani | Ishita | Expert Witness Team |
| Scamborova | Petra | Attorney |
| Schleifer | Dr. Leonard | Witness |
| Smith | Wyatt | Attorney |
| Souhrada | John | Consultant |
| Tison | Erin | Attorney |
| Tonglet | Matt | Attorney |
| Voy | Gil | Attorney |
| Williams | Rachel | Attorney |
| Wu | Kim | Trial Graphics |

3. The individuals listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshalls upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Jennifer L. Hall
United States District Judge