IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMGEN INC., )<br>)<br>Defendant. ) | C. A. No.: 22-00697-JLH<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendant's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED THAT:

1. The Exemption is Granted.

2. For purposes of the Jury Trial scheduled for May 2, 2025 to May 14, 2025, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

**Fact Witnesses:**
Chiu, Andy (Amgen, Exec Dir Marketing)
Gordon, Murdo (Amgen, EVP Global Commercial Ops)
Grennan, Adam (Amgen, AVP Market Access)
van Grunsven, Jasper (Amgen, SVP Rare Diseases)
Niksefat, Kave (Amgen, SVP Global Marketing and Access)
West, Billy (Amgen, Exec Dir National Accounts)
Zimmer, David (Amgen, VP US Value & Access)

**Expert Witnesses:**
Gaier Ph.D., Eric (Bates White)
Gan, Deborah (North Star Access Consulting)
Jacoby MD, Douglas (University of Pennsylvania)
Jayanti, Anirudh (Bates White)

3

Ray, Bryan (NERA)
Stiroh, Ph.D., Lauren (NERA)

**Consultants and Support Staff:**
Adams-Mitchell, Barbara (Amgen, Paralegal)
Douglas, Julia (Legal Media, Trial Graphics)
Linder, Mark (Litigation Group, Jury Consultant)
Marowits, Jeff (Keystone AI, Consultant)
Price, Samantha (Keystone AI, Consultant)
Sontchi, Jeremy (Young Conaway Stargatt & Taylor, Paralegal)
Spalding, Matt (Legal Media, Trial Graphics)
Venkatesh, Nethra (Keystone AI, Consultant)
Wilson, Suzanne (Gibson, Dunn & Crutcher, Paralegal)

IT IS SO ORDERED this ___1st___ day of ___May___, 2025.

_____
The Honorable Jennifer L. Hall
United States District Judge