IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REGENERON PHARMACEUTICALS, INC. | ) | |
| | ) | C.A. No.: 22-00697-JLH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMGEN INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT AMGEN INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Upon consideration of Defendant Amgen Inc.'s ("Defendant Amgen") Renewed Motion for Judgment as a Matter of Law or In the Alternative, Motion for a New Trial, and all related pleadings and argument, and the Court having found good grounds for the requested relief, IT IS HEREBY ORDERED:

1. Defendant Amgen's Motion under Rule 50(b) for Judgment as a Matter of Law is GRANTED and judgment is entered in favor of Defendant Amgen and against Plaintiff Regeneron Pharmaceuticals, Inc., that:

   a. Amgen has not engaged in monopolization under Section 2 of the Sherman Act; 15 U.S.C.A. § 2;

   b. Amgen has not engaged in attempted monopolization under Section 2 of the Sherman Act; 15 U.S.C.A. § 2;

   c. Amgen has not engaged in unreasonable restraints of trade under Section 1 of the Sherman Act; 15 U.S.C.A. § 1;

   d. Amgen has not violated the Clayton Act; 15 U.S.C.A. § 14;

  e. Amgen has not violated California's Cartwright Act; Cal. Bus. & Prof. Code § 6700 *et seq.*;

  f. Amgen has not violated New York's Donnelly Act; N.Y. Gen. Bus. Law § 340 *et seq.*;

  g. Amgen has not tortiously interfered with any prospective business relations of Regeneron; and

2. [Alternatively] Defendant Amgen's Motion for a New Trial pursuant to Rule 59(a) is granted and a new trial is ordered on the claims of:

  a. Monopolization under Section 2 of the Sherman Act; 15 U.S.C.A. § 2;

  b. Attempted monopolization under Section 2 of the Sherman Act; 15 U.S.C.A. § 2;

  c. Unreasonable restraint of trade under Section 1 of the Sherman Act; 15 U.S.C.A. § 1;

  d. Violation of the Clayton Act; 15 U.S.C.A. § 14;

  e. Violation of California's Cartwright Act; Cal. Bus. & Prof. Code § 16700 *et seq.*;

  f. Violations of New York's Donnelly Act; N.Y. Gen. Bus. Law § 340 *et seq.*;

  g. Tortious interference with prospective business relations.

SO ORDERED this _____ day of _____, 2025.

_____
Honorable Jennifer L. Hall
United States District Judge