# WILKS LAW LLC

SCOTT B. CZERWONKA
Direct Phone: 302.230.5154
Email: sczerwonka@wilks.law

July 15, 2025

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Jennifer L. Hall
United States District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*
              C.A. No.: 22-00697-JLH – Request for Oral Argument

Dear Judge Hall:

    Pursuant to D. Del. LR 7.1.4, Regeneron respectfully requests oral argument on Regeneron's Motion for Permanent Injunction, Constructive Trust, and Prejudgment Interest (D.I. 498). *See also* Regeneron's Opening Brief in Support of its Motion for Equitable Relief (D.I. 499, 503), Amgen's Opposition (D.I. 518, 519, 520), and Regeneron's Reply (D.I. 530, 531).

    To the extent the Court chooses to hear oral argument on Amgen's Renewed Motion for Judgment as a Matter of Law or, In the Alternative, Motion for a New Trial (D.I. 496), Regeneron requests the opportunity to address any issues the Court wishes to discuss. *See* Amgen's Opening Brief (D.I. 497, 501, 502), Regeneron's Answering Brief (D.I. 521, 522, 523), and Amgen's Reply Brief (D.I. 527, 528, 529).

                                      Respectfully submitted,

                                      */s/ Scott B. Czerwonka*

                                      Scott B. Czerwonka
                                      (Bar No. 4844)

cc:    All Counsel of Record (via CM/ECF)
        Clerk of the Court (via CM/ECF and Hand Delivery)