

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

CHARLOTTE
CARILLON TOWER

Melanie K. Sharp
P 302.571.6681
F 302.576.3333
msharp@ycst.com

July 30, 2025

**BY E-FILE AND HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Regeneron Pharmaceuticals, Inc. v. Amgen Inc.*
        C.A. No.: 22-00697-JLH

Dear Judge Hall:

    On behalf of Amgen, we write to respond to the letter from counsel for Regeneron (D.I. 543) seeking adjournment of the August 27, 2025 hearing on the post-trial motions in this action.

    Amgen's counsel are available on August 27 or, alternatively, August 25 or August 26 for the hearing. Amgen is concerned about Regeneron's open-ended request to adjourn the hearing to a later date because (1) the Court previously indicated that it was setting an expedited briefing schedule for the post-trial motions in order to maximize its ability to address the motion before its law clerks turn over, and (2) Amgen's counsel have a number of conflicts during the month of September (which is the only month counsel discussed in conferring on Regeneron's request).

    Amgen, accordingly, opposes Regeneron's request to adjourn the hearing. Notwithstanding the foregoing, if the Court is inclined to reschedule the hearing, Amgen's counsel can be available to participate in a hearing in September with the exception of the following dates: September 8-12, 15-16, 19, 25-26, and 29.

                                                  Respectfully,
                                                  */s/ Melanie K. Sharp*
                                                  Melanie K. Sharp (No. 2501)

MKS:mg

cc:    All Counsel of Record (via CM/ECF and e-mail)
        Clerk of the Court (via CM/ECF and Hand Delivery)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com