# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

REGENERON PHARMACEUTICALS, INC.,

    Plaintiff,

v.

AMGEN INC.,

    Defendant.

C. A. No.: 1:22-cv-00697-JLH

## REGENERON PHARMACEUTICALS, INC.'S
## NOTICE OF FILING ITS REVISED PROPOSED ORDER

WILKS LAW LLC

David E. Wilks (Bar No. 2793)
Scott B. Czerwonka (Bar No. 4844)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
Email: dwilks@wilks.law
Email: sczerwonka@wilks.law

*Attorneys for Regeneron Pharmaceuticals, Inc.*

WHITE & CASE LLP
Jonathan D. Polkes
Adam B. Banks
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8301

ORRICK, HERRINGTON
& SUTCLIFFE LLP
Eric S. Hochstadt
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5282

WEIL, GOTSHAL & MANGES LLP
Michael R. Moiseyev
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7000

Jessica L. Falk
Robert Niles-Weed
Rachel Williams
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

Dated: August 15, 2025

Plaintiff, Regeneron Pharmaceuticals, Inc. ("Regeneron"), submits its Revised Proposed Order for 1) Permanent Injunctive Relief; 2) Constructive Trust; and 3) Prejudgment Interest ("Revised Proposed Order"), attached hereto as **Exhibit 1**. At the time of filing the Proposed Order, D.I. 498-1, Amgen had not released a financial statement for the second quarter of 2025. Regeneron stated in its Proposed Order that it would "submit a revised proposed order upon publication of Amgen's financial reporting for the second quarter of 2025." D.I. 498-1 at 8, n.1. Amgen filed its quarterly report for the second quarter of 2025 on August 6, 2025. With this filing, Amgen has now reported revenue of $704 million for U.S. sales of Repatha for the first half of 2025. The amount in the Revised Proposed Order incorporates the first half of 2025 U.S. net sales of Repatha that have been reported publicly for the Constructive Trust.

[*Signature Page Follows*]

Dated: August 15, 2025

| | |
|---|---|
| WHITE & CASE LLP<br>Jonathan D. Polkes<br>Adam B. Banks<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8301 | WILKS LAW LLC<br><br>*/s/ David E. Wilks*<br>David E. Wilks (Bar No. 2793)<br>Scott B. Czerwonka (Bar No. 4844)<br>4250 Lancaster Pike Suite 200<br>Wilmington, DE 19805<br>Telephone: (302) 225-0850<br>Email: dwilks@wilks.law<br>Email: sczerwonka@wilks.law |
| ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>Eric S. Hochstadt<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Telephone: (212) 506-5282 | *Attorneys for Regeneron Pharmaceuticals, Inc.* |
| WEIL, GOTSHAL & MANGES LLP<br>Michael R. Moiseyev<br>2001 M Street, NW<br>Washington, D.C. 20036<br>Telephone: (202) 682-7000 | |
| Jessica L. Falk<br>Robert Niles-Weed<br>Rachel Williams<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000 | |