IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMGEN INC., )<br>)<br>Defendant. ) | C. A. No.: 22-00697-JLH<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

WHEREAS, the Court has considered Defendant's Motion requesting an exemption of persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Exemption"),

IT IS HEREBY ORDERED THAT:

1. The Exemption is Granted.

2. For purposes of the hearing scheduled for August 27, 2025, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Melanie K. Sharp (Attorney)
- Richard Doren (Attorney)
- Betty Yang (Attorney)
- Samuel Liversidge (Attorney)
- Ashley Johnson (Attorney)
- Eric Stock (Attorney)
- Kate Swisher (Attorney)
- Michael Kutz (Attorney)
- Will Diaz (Amgen)
- Melissa Pastrana (Amgen)
- Kimberly Dunne (Amgen)
- Samantha Rash (Paralegal)

4

IT IS SO ORDERED this ___26th___ day of ___August___, 2025.

                                                                               The Honorable Jennifer L. Hall
                                                                               United States District Judge