IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMGEN INC., )<br>)<br>Defendant. ) | C. A. No.: 22-00697-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to Local Rule 83.7, Catherine E. Lynch, formerly of Young Conaway Stargatt & Taylor, LLP, hereby withdraws her appearance as counsel of record on behalf of Defendant Amgen Inc. in the above-captioned matter. Amgen Inc. continues to be represented by Melanie K. Sharp and James L. Higgins of Young Conaway Stargatt & Taylor, LLP as well as all counsel of record from Gibson, Dunn & Crutcher LLP in this matter.

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ Melanie K. Sharp |
| | _____ |
| GIBSON, DUNN & CRUTCHER LLP | Melanie K. Sharp (No. 2501) |
| Eric J. Stock | James L. Higgins (No. 5021) |
| Kate Swisher | 1000 North King Street |
| Ben A. Sherwood | Wilmington, DE 19801 |
| 200 Park Avenue | (302) 571-6600 |
| New York, NY 10166-0193 | msharp@ycst.com |
| (212) 351-4000 | jhiggins@ycst.com |
| | |
| Richard J. Doren | *Attorneys for Amgen Inc.* |
| Samuel Liversidge | |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071 | |
| (213) 229-7000 | |
| | |
| Betty X. Yang | |
| Ashley E. Johnson | |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, TX 75201 | |
| (214) 698-3100 | |
| | |
| Courtney L. Spears | |
| 3161 Michelson Drive, Suite 1200 | |
| Irvine, CA 92612-4412 | |
| (949) 451-3800 | |

Dated: September 5, 2025